UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
SONTERRA CAPITAL MASTER FUND LTD.                              :
on behalf of itself and all others similarly situated,         :
                    Plaintiff,                                 :
                                                               :
           -against-                                           :   Case No. 15-Cv-871 (SHS)
                                                               :
CREDIT SUISSE GROUP AG, JPMORGAN                               :
CHASE & CO., THE ROYAL BANK OF                                 :
SCOTLAND PLC, UBS AG, and JOHN DOES                            :
1-50,                                                          :
                    Defendants.                                :
-------------------------------------------------------------- x
```

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Defendant UBS AG and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant UBS AG.  The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
May 1, 2015

                                                       GIBSON, DUNN & CRUTCHER LLP

                                                       By:   /s/ Peter Sullivan_____
                                                             Peter Sullivan

                                                       200 Park Avenue
                                                       New York, New York 10166-0193
                                                       (212) 351-4000

                                                       *Attorneys for Defendant UBS AG*