UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                    - against –<br><br>CREDIT SUISSE GROUP AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG AND JOHN DOE NOS. 1-50,<br><br>                    Defendants. | Docket No. 15-cv-0871 (SHS) |

**NOTICE OF PLAINTIFF'S MOTION FOR APPOINTMENT OF LOWEY DANNENBERG COHEN & HART, P.C. AS INTERIM CLASS COUNSEL**

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(g)(3) and upon the accompanying Memorandum of Law in Support of Motion for Appointment of Lowey Dannenberg Cohen & Hart, P.C. as Interim Class Counsel and the prior pleadings and proceedings in this action, Plaintiff Sonterra Capital Master Fund Ltd., through its undersigned counsel, hereby moves this Court, before the Honorable Sidney H. Stein, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order appointing interim class counsel.

Dated: May 1, 2015

                      Respectfully submitted,

                      **LOWEY DANNENBERG COHEN & HART, P.C.**

By: */s/ Geoffrey M. Horn*
Geoffrey M. Horn
Vincent Briganti
Peter St. Phillip
Sitso W. Bediako
Raymond Girnys
Christian P. Levis
1 North Broadway, 5th Floor
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email: ghorn@lowey.com
       vbriganti@lowey.com
       pstphillip@lowey.com
       sbediako@lowey.com
       rgirnys@lowey.com
       clevis@lowey.com

*Counsel for Plaintiff and Proposed Interim Class Counsel*