USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONTERRA CAPITAL MASTER FUND LTD, on behalf of itself and all others similarly situated,

                    Plaintiffs,

-against-

CREDIT SUISSE GROUP AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG AND JOHN DOE NOS. 1-50,

                    Defendants.

15-Cv-871 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

Plaintiffs have moved pursuant to Fed. R. Civ. P. 23(g)(3) for the appointment of Lowey Dannenberg Cohen & Hart, P.C., as interim class counsel. Defendants have filed no opposition. The Court has analyzed the factors enumerated in Fed. R. Civ. P. 23(g) and hereby ORDERS that Lowey Dannenberg Cohen & Hart, P.C. is appointed as interim counsel for the putative class.

Dated: New York, New York
         May 12, 2015

SO ORDERED:

Sidney H. Stein, U.S.D.J.