IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>CREDIT SUISSE GROUP AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 15-cv-0871 (SHS)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff SONTERRA CAPITAL MASTER FUND LTD. in this action. I certify that I am admitted to practice in this Court.

Dated: May 13, 2015

                                                LOWEY DANNENBERG COHEN & HART, P.C.

                                                Respectfully submitted,

                                                By: /s Michelle E. Conston
                                                      Michelle E. Conston
                                                      White Plains Plaza, Suite 509
                                                      One North Broadway
                                                      White Plains, NY 10601-1714
                                                      Telephone: 914-997-0500
                                                      Facsimile: 914-997-0035
                                                      Email: mconston@lowey.com

                                                *Attorney for Plaintiff Sonterra Capital Master Fund Ltd.*