UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/15

SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,

Plaintiff,

- against -

CREDIT SUISSE GROUP AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG AND JOHN DOE NOS. 1-50,

Defendants.

Docket No. 15-CV-0871 (SHS)

## [PROPOSED] REVISED SCHEDULING ORDER

The Court ORDERS as follows; with the consent of all parties:

1. Plaintiff shall file an Amended Complaint on or before June 19, 2015.

2. Defendants shall move, answer or otherwise respond to the Amended Complaint on or before August 18, 2015.

3. If Defendants move to dismiss the Amended Complaint, Plaintiff shall respond on or before October 19, 2015, and the Defendants shall reply on or before November 18, 2015.

4. Discovery is stayed pending resolution of Defendants' motion(s) to dismiss; except that if any Defendant moves to dismiss the Amended Complaint on the ground that this Court lacks personal jurisdiction as to it pursuant to FED. R. CIV. P. 12(b)(2), Plaintiff may seek leave of the Court to conduct jurisdictional discovery and additional time to file its opposition(s) to the motion(s) to dismiss only insofar as Rule 12(b)(2) is concerned in order to conduct such discovery. Defendants reserve the right to oppose any motion by Plaintiff seeking leave to conduct jurisdictional discovery.

5 - No further adjournments of these dates, absent Rule 12(b)(2) discovery

SO ORDERED

Dated: New York, New York

May 26, 2015

SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE