UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CREDIT SUISSE GROUP AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, and JOHN DOES 1-50,<br><br>Defendants. | Case No. 15-Cv-871 (SHS) |

**CORPORATE DISCLOSURE STATEMENT OF UBS AG**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UBS AG states as follows:

UBS AG is a publicly traded entity. Over 90% of UBS AG stock is held by UBS Group AG, a publicly traded corporation. There is no publicly held corporation that holds 10 percent or more of UBS Group AG stock.

Dated: June 11, 2015
       San Francisco, CA

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Joel S. Sanders
      Joel S. Sanders (*admitted pro hac vice*)

555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8200
jsanders@gibsondunn.com

*Attorneys for Defendant UBS AG*