UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　- against -<br><br>CREDIT SUISSE GROUP AG, *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 15-cv-0871 (SHS)<br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG and DB Group Services (UK) Limited, defendants in the above-captioned action.


Dated:　New York, New York
　　　　June 30, 2015

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　By:　/s/ Andrew C. Finch
　　　　　　　　　　　　　　　　　Andrew C. Finch
　　　　　　　　　　　　　　　　　afinch@paulweiss.com

　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　New York, New York 10019-6064
　　　　　　　　　　　　　　　Tel.:　　(212) 373-3460
　　　　　　　　　　　　　　　Fax:　　(212) 492-0460

　　　　　　　　　　　　　　　*Counsel for Defendants Deutsche Bank AG and*
　　　　　　　　　　　　　　　*DB Group Services (UK) Limited*