UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*,<br><br>         Plaintiffs,<br><br> - against -<br><br>CREDIT SUISSE GROUP AG, *et al.*,<br><br>         Defendants. | No. 15-cv-0871 (SHS)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG and DB Group Services (UK) Limited, defendants in the above-captioned action.

Dated: New York, New York
     June 30, 2015

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP

By: /s/ Jessica L. Brach
   Jessica L. Brach
   jbrach@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3113
Fax: (212) 492-0113

*Counsel for Defendants Deutsche Bank AG and
DB Group Services (UK) Limited*