UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*,<br><br>                  Plaintiffs,<br><br>- against -<br><br>CREDIT SUISSE GROUP AG, *et al.*,<br><br>                  Defendants. | No. 15-cv-0871 (SHS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG and DB Group Services (UK) Limited, defendants in the above-captioned action.

Dated: New York, New York
        June 30, 2015

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

By: /s/ Noam Lerer
     Noam Lerer
     nlerer@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:   (212) 373-3579
Fax:   (212) 492-0579

*Counsel for Defendants Deutsche Bank AG and DB Group Services (UK) Limited*