UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*,<br><br>         Plaintiffs,<br><br>  - against -<br><br>CREDIT SUISSE GROUP AG, *et al.*,<br><br>         Defendants. | No. 15-cv-0871 (SHS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG and DB Group Services (UK) Limited, defendants in the above-captioned action.

Dated: New York, New York  Respectfully submitted,
     June 30, 2015

             PAUL, WEISS, RIFKIND, WHARTON &
               GARRISON LLP

            By: /s/ Matthew J. Weiser
               Matthew J. Weiser
               mweiser@paulweiss.com

            1285 Avenue of the Americas
            New York, New York 10019-6064
            Tel.: (212) 373-3636
            Fax: (212) 492-0636

            *Counsel for Defendants Deutsche Bank AG and*
            *DB Group Services (UK) Limited*