UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: LOWEY DANNENBERG COHEN & HART, P.C.

---

SONTERRA CAPITAL MASTER FUND, LTD., ETAL

                                                             Plaintiff(s)

- against -

CREDIT SUISSE GROUP AG, ETAL

                                                             Defendant(s)

Index # 15-CV-00871 (SHS)

Purchased June 22, 2015

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 26, 2015 at 12:56 PM at

767 5TH AVENUE
NEW YORK, NY 10153

deponent served the within SUMMONS AND AMENDED COMPLAINT; APPENDIX A on BLUECREST CAPITAL MANAGEMENT LP therein named,

**SUITABLE AGE**     by delivering thereat a true copy of each to JON BURWICK a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 40 | 6' | 200 |

**MAILING**     Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

767 5TH AVENUE
NEW YORK, NY 10153

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 26, 2015 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 26, 2015

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | CHRISTOPHER J. KLEIN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 627160 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045