# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*,　　　　　　Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, *et al.*,　　　　　　Defendants. | Case No. 15-cv-00871<br><br>**Rule 7.1 Disclosure** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BlueCrest Capital Management LLP states that it has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated:   July 9, 2015

                Respectfully submitted,

                 */s/ Joseph Boryshansky*
                Joseph Boryshansky, Esq.
                AKIN GUMP STRAUSS HAUER & FELD LLP
                One Bryant Park
                New York, NY 10036
                (212) 872-1000
                (212) 872-1002 (fax)
                Email: jboryshansky@akingump.com