# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*, <br><br>                     Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, *et al.*, <br><br>                     Defendants. | Case No. 15-cv-00871 <br><br> **Notice of Appearance** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Douglass B. Maynard, a member of this Court in good standing, respectfully enters his appearance as counsel for BlueCrest Capital Management LLP in this action and requests that all pleadings, notices, filings, correspondence and other papers relating to this litigation be served on the undersigned.

Dated:   July 9, 2015

                                        Respectfully submitted,

                                         /s/ Douglass B. Maynard
                                        Douglass B. Maynard, Esq.
                                        AKIN GUMP STRAUSS HAUER & FELD LLP
                                        One Bryant Park
                                        New York, NY 10036
                                        (212) 872-1000
                                        (212) 872-1002 (fax)
                                        Email: dmaynard@akingump.com