IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SONTERRA CAPITAL MASTER FUND LTD., *et al.*,

Plaintiffs,

-against-

CREDIT SUISSE GROUP AG, *et al.*,

Defendants.

Case No. 15-cv-00871

---

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, C. Fairley Spillman, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant BlueCrest Capital Management, LLP in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 9, 2015

Respectfully submitted,

/s/ C. Fairley Spillman

C. Fairley Spillman
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone (202) 887-4409
Fax (202) 887-4288
fspillman@akingump.com

*Attorney for Defendant*
*BlueCrest Capital Management, LLP*



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## C. FAIRLEY SPILLMAN

was on **DECEMBER 7, 1984** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 2, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*, <br><br> Plaintiffs, <br><br> -against - <br><br> CREDIT SUISSE GROUP AG, *et al.*, <br><br> Defendants. | Case No. 15-cv-00871 |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of C. Fairley Spillman for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

>C. Fairley Spillman
>AKIN GUMP STRAUSS HAUER & FELD LLP
>1333 New Hampshire Avenue, N.W.
>Washington, DC 20036
>Telephone (202) 887-4409
>Fax (202) 887-4288
>fspillman@akingump.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant BlueCrest Capital Management, LLP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District Judge