UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS FUND II, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND II LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., and FRANK DIVITTO, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         - against –<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BLUECREST CAPITAL MANAGEMENT LLP, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, AND JOHN DOE NOS. 1-50,<br><br>                  Defendants. | Docket No. 15-cv-0871 (SHS) |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Credit Suisse AG ("CSAG"), by and through its undersigned counsel, Cahill Gordon & Reindel LLP, makes the following disclosures:

- CSAG is a wholly owned subsidiary of Credit Suisse Group AG ("CSGAG"), which has publicly registered debt securities and warrants in the United States and elsewhere.

- CSGAG is a corporation organized under the laws of Switzerland whose shares are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange.  No publicly held company owns more than 10% of Credit Suisse Group AG.

Dated:   July 14, 2014                              Respectfully submitted,

/s/ Joel Kurtzberg_____
Herbert S. Washer
Elai Katz
Joel Kurtzberg
**CAHILL GORDON & REINDEL** LLP
80 Pine Street
New York, New York 10005
Telephone:  212-701-3000

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2014, I electronically filed the foregoing Rule 7.1

Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent

notification of such filing to all parties registered for CM/ECF in the above-captioned matter.

Dated:   July 14, 2014

/s/ Joel Kurtzberg_____
Joel Kurtzberg

3