UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS FUND II, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND II LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., and FRANK DIVITTO, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>                  - against –<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BLUECREST CAPITAL MANAGEMENT LLP, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, AND JOHN DOE NOS. 1-50,<br><br>                      Defendants. | Docket No. 15-cv-0871 (SHS) |

**NOTICE OF ENTRY OF APPEARANCE**

        PLEASE TAKE NOTICE that Joel Kurtzberg of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Defendant Credit Suisse AG in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: July 14, 2014

Respectfully submitted,

/s/ Joel Kurtzberg
Joel Kurtzberg
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000

2