UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>- *against* -<br><br>CREDIT SUISSE GROUP AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG AND JOHN DOE NOS. 1-50,<br><br>                    Defendants. | Docket No. 15-cv-0871 (VSB) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that Benjamin Jaccarino respectfully enters his appearance as counsel for Sonterra Capital Master Fund, Ltd. in the above-entitled action.

Dated:  July 30, 2015

                                        Respectfully submitted,

                                        **LOVELL STEWART HALEBIAN JACOBSON LLP**

                                        */s/ Benjamin M. Jaccarino*
                                        Benjamin M. Jaccarino
                                        bjaccarino@lshllp.com
                                        61 Broadway, Suite 501
                                        New York, New York 10006
                                        Telephone:    (212) 608-1900
                                        Facsimile:     (212) 719-4775