LOVELL STEWART HALEBIAN & JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>CREDIT SUISSE GROUP AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>        Defendants. | No. 15-cv-0871<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Plaintiff Sonterra Capital Master Fund, Ltd., in the above captioned action and requests that all future papers to be served in this action, be served upon the undersigned at the address set forth below.

Dated: New York, New York
     July 30, 2015

          LOVELL STEWART HALEBIAN & JACOBSON LLP

         By:  /S/Christopher Lovell
         Christopher Lovell (CL-2595)
         61 Broadway, Suite 501
         New York, NY 10006
         Tel.: (212) 608-1900
         E-mail: clovell@lshllp.com;
         *Attorneys for Plaintiff*