UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P. FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS FUND II, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS OFFSHORE FUND II LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDING LTD., HG HOLDINGS II LTD., and FRANK DIVITTO, on behalf of themselves and all others similarly situated , <br><br> Plaintiffs, <br><br> *- against -* <br><br> CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BLUECREST CAPITAL MANAGEMENT LLP, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, and JOHN DOE NOS. 1-50, <br><br> Defendants. | No. 15-cv-00871 (SHS) <br><br> ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANTS' MOTIONS TO
DISMISS THE AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, JPMorgan Chase & Co., The Royal Bank of Scotland plc, UBS AG, Deutsche Bank AG, and DB Group Services UK Limited (collectively, "Bank Defendants"), in the above referenced matter, will move this Court, before the Honorable Sidney H. Stein,

United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended Class Action Complaint in the above-captioned action.

The grounds for these motions are that the Amended Complaint should be dismissed for lack of personal jurisdiction as to Credit Suisse Group AG, Credit Suisse AG, The Royal Bank of Scotland plc, UBS AG, Deutsche Bank AG, and DB Group Services UK Limited, and because, as to all Bank Defendants, it fails to state a claim upon which relief can be granted and the Court lacks subject matter jurisdiction over the claims asserted.  The specific grounds are set forth in two memoranda:  (1) the Memorandum of Law in Support of Defendants' Motion to Dismiss for Failure to State a Claim and For Lack of Subject Matter Jurisdiction and the accompanying Declaration of Peter Sullivan dated August 18, 2015 and exhibits thereto; and (2) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction and the accompanying Declarations of Daniel Klaey, Jennifer Lobato-Church, Richard Mumford, Allison Cambria, Joseph Randazzo, Caroline Ifrah, and Joanne Bagshaw.

Dated:   New York, New York
         August 18, 2015

RESPECTFULLY SUBMITTED,

/s/ Peter Sullivan
Peter Sullivan
Lawrence J. Zweifach

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
psullivan@gibsondunn.com
lzweifach@gibsondunn.com

Joel S. Sanders (*admitted pro hac vice*)
Joshua D. Dick

555 Mission Street, Suite 3000
San Francisco, California 94105
jsanders@gibsondunn.com
jdick@gibsondunn.com

*Attorneys for Defendant UBS AG*

/s/ Thomas C. Rice
Thomas C. Rice
Paul C. Gluckow
Shannon P. Torres
Omari L. Mason

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
trice@stblaw.com
pgluckow@stblaw.com
storres@stblaw.com
omason@stblaw.com

*Attorneys for Defendant JPMorgan Chase & Co.*

/s/ Joel Kurtzberg
Herbert S. Washer
Elai Katz
Joel Kurtzberg

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com

*Attorneys for Defendant Credit Suisse Group AG and Credit Suisse AG*

/s/ Moses Silverman
Moses Silverman
Andrew C. Finch
Michael J. Biondi

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3355
msilverman@paulweiss.com
afinch@paulweiss.com
mbiondi@paulweiss.com

*Attorneys for Defendants Deutsche Bank AG and DB Group Services UK Limited*

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
David S. Lesser
Jamie Dycus

WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendant The Royal Bank of Scotland plc*