UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS FUND II, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS OFFSHORE FUND II LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDING LTD., HG HOLDING II LTD., and FRANK DIVITTO, on behalf of themselves and all others similarly situated,<br><br>                                            Plaintiffs,<br><br>- against -<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BLUECREST CAPITAL MANAGEMENT LLP, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, and JOHN DOES NOS. 1-50,<br><br>                                            Defendants. | No. 15-cv-00871 (SHS) |

### DECLARATION OF JOSEPH P. RANDAZZO
### IN SUPPORT OF DEUTSCHE BANK AG'S
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Joseph P. Randazzo, hereby declare:

1. I am Global Head of Global Liquidity Management and an employee of Deutsche Bank Securities Inc., a wholly owned subsidiary of Deutsche Bank Aktiengesellschaft ("Deutsche Bank AG"). I submit this declaration in further support of Deutsche Bank AG's motion to dismiss the above-captioned action for lack of personal jurisdiction. The facts stated herein are true based on my own personal knowledge, inquiries within Deutsche Bank AG and my review of records maintained in the regular course of business by Deutsche Bank AG.

2. At all relevant times, Deutsche Bank AG's Swiss Franc London Interbank Offered Rate ("LIBOR") submissions were not calculated or submitted in New York or the United States. No employees responsible for Deutsche Bank AG's Swiss Franc LIBOR submissions were located in New York or the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August 2015 in New York City, New York.

_____
Joseph P. Randazzo

Joseph P. Randazzo
Managing Director