UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, *et al.*, <br><br> Defendants. | Case No. 15-cv-00871 (SHS) <br><br> **Oral Argument Requested** |

### NOTICE OF BLUECREST CAPITAL MANAGEMENT, LLP'S MOTION TO DISMISS AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of John C. Murphy, as well as any prior pleadings, submissions and proceedings in this matter, and any other pleadings, submissions and proceedings as shall be made in support of this motion, including the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint filed by Credit Suisse Group *et al.* and the declarations filed in support thereof, BlueCrest Capital Management, LLP will move before the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as the Court may direct for an order dismissing the Amended Class Action Complaint with prejudice pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), 12(b)(2), and 12(b)(6).

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated: August 18, 2015
       New York, New York

                                      Respectfully submitted,

                                      /s/ Douglass Maynard
                                      Douglass Maynard
                                      Joseph Boryshansky
                                      John Murphy
                                      Katherine Porter
                                      AKIN GUMP STRAUSS HAUER
                                      & FELD LLP
                                      One Bryant Park
                                      New York, NY 10036
                                      (212) 872-1000
                                      (212) 872-1002 (fax)

                                      *Attorneys for Defendant BlueCrest*
                                      *Capital Management, LLP*