**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

SONTERRA CAPITAL MASTER FUND LTD., *et al.*,

                    Plaintiffs,

                    v.

CREDIT SUISSE GROUP AG, *et al.*,

                    Defendants.

Case No. 15-cv-00871 (SHS)

---

**DECLARATION OF JOHN C. MURPHY**
**IN SUPPORT OF BLUECREST CAPITAL MANAGEMENT, LLP'S**
**MOTION TO DISMISS AMENDED COMPLAINT**

JOHN C. MURPHY, pursuant to 28 U.S.C. § 1746, declares:

1.      I am an attorney at Akin Gump Strauss Hauer & Feld, LLP, counsel for BlueCrest Capital Management, LLP.  I submit this declaration in order to place before the Court certain documents referenced in the Amended Complaint in the above-captioned action and cited in the Memorandum of Law of Defendant BlueCrest Capital Management, LLP in Support of Its Motion to Dismiss the Amended Complaint, filed contemporaneously herewith.  I am admitted to practice before this Court.

2.      Attached hereto as Exhibit A is a true and correct copy of the April 23, 2015 New York State Department of Financial Services Consent Order Under New York Banking Law §§ 44 and 44-a, in *In re Deutsche Bank AG, Deutsche Bank AG, New York Branch*, which is referenced in paragraphs 40, 52, and 131 in the Amended Complaint.

3.      Attached hereto as Exhibit B is a true and correct copy of the October 9, 2014 Bloomberg article titled *Christian Bittar is Said to Leave Firm*, referenced in paragraph 10 of the Amended Complaint.

4.      Attached hereto as Exhibit C is a true and correct copy of the Department of Justice Deferred Prosecution Agreement and Attachment A, Statement of Facts with Deutsche Bank AG, in *USA v. Deutsche Bank AG*, No. 15-cr-61, Dkt. No. 6 (D. Conn. Apr. 23, 2015), which is referenced in paragraphs 9, 51, 106-10, 148, and 150 in the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 18, 2015
         New York, New York

Respectfully submitted,

 */s/ John C. Murphy*
John C. Murphy, Esq.

2