**Lowey Dannenberg Cohen & Hart, P.C.**

| New York | Pennsylvania |
|---|---|
| White Plains Plaza | Four Tower Bridge |
| One North Broadway | 200 Barr Harbor Drive, Suite 400 |
| White Plains, NY 10601-2310 | West Conshohoken, PA 19428-2977 |
| 914-997-0500 Telephone | 610-941-2760 Telephone |
| 914-997-0035 Fax | 610-862-9777 Fax |
| www.lowey.com | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/15

August 20, 2015

*[Handwritten endorsement: Sept 22, 2015 — Plaintiffs' request for jurisdictional discovery is denied. The parties are directed to address the current briefing schedule and the jurisdictional issues with the pre-discovery basis. So ordered. /s/ Sidney H. Stein, USDJ]*

**Via ECF**

The Honorable Sidney H. Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *Sonterra Capital Master Fund Ltd. v. Credit Suisse Group AG et al.*, 15-cv-0871 (SHS)

Dear Judge Stein:

**MEMO ENDORSED**

We represent Plaintiffs.

On August 18, 2015, seven Defendants (BlueCrest Capital Management, LLP, Credit Suisse Group AG, Credit Suisse AG, Deutsche Bank AG, DB Group Services UK Limited, The Royal Bank of Scotland, plc, and UBS AG) (collectively, "PJ Defendants")) moved to dismiss the Complaint for lack of personal jurisdiction. ECF Nos. 63, 74. In support, the PJ Defendants filed 7 employee declarations and two briefs, many of which contain facts and arguments that either directly contradict the allegations of the First Amended Complaint ("*FAC*") or omit facts relevant to their United States contacts related to the wrongdoing alleged.

We provide three illustrative examples:

- Deutsche Bank offers a declaration of Caroline Ifrah wherein she discusses a February 10, 2005 electronic chat cited in the *FAC* (¶ 40) evidencing Deutsche Bank's complicity in a conspiracy with defendant BlueCrest Capital to rig Swiss Franc LIBOR. Ms. Ifrah avers that the Deutsche Bank colluder was located overseas. *See* ECF No. 69 at ¶ 2.[1] The Complaint alleges upon information and belief that the BlueCrest request was sent via electronic communication (and, thus U.S. domestic wires) to a Deutsche Bank Swiss franc LIBOR-based derivatives trader and/or Swiss franc LIBOR submitter located in New York. *FAC* ¶ 40.

---

[1] Ordinarily such a statement of fact would be creditable in the abstract. However, there is significant reason to doubt Deutsche Bank's representations of fact as complete and accurate as they relate to its LIBOR conduct given that its senior managers lied to the United Kingdom Financial Conduct Authority in order to hide the extent of its wrongdoing, *FAC*, ¶¶ 11, 169-78, and it recently disclosed to regulators that it had lost chat messages used by some of its traders and LIBOR submitters due to software problems. *See* Christopher M. Matthews, Jenny Strasburg & Eyk Henning, *Deutsche Bank Didn't Archive Chats Used by Some Employees Tied to Libor Probe*, Wall St. J. (July 30, 2015).