```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD.<br><br>                         Plaintiff,<br>- against -<br><br>CREDIT SUISSE GROUP AG et al.,<br>                        Defendants. | No. 1:15-cv-0871-SHS<br><br>ECF CASE<br><br>NOTICE OF WITHDRAWAL<br>OF COUNSEL |

PLEASE TAKE NOTICE that, upon the annexed declaration of Jessica L. Brach, and subject to the approval of the Court, Jessica L. Brach hereby withdraws as counsel for Deutsche Bank AG and DB Group Services (UK) Limited in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG and DB Group Services (UK) Limited in this proceeding.

Dated: New York, New York
October 1, 2015

                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON

                                    By: _____
                                          Jessica L. Brach

                                    1285 Avenue of the Americas
                                    New York, New York 10019-6064
                                    (212) 373-3000
                                    jbrach@paulweiss.com

SO ORDERED: 10/2/15

_____
Sidney H. Stein, U.S.D.J.