IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., et al., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>Defendants. | Docket No. 15-cv-0871 (SHS)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff SONTERRA CAPITAL MASTER FUND LTD. in this action. I certify that I am admitted to practice in this Court.

Dated: October 8, 2015

                LOWEY DANNENBERG COHEN & HART, P.C.

                Respectfully submitted,

                By:   /s Lee J. Lefkowitz
                      Lee J. Lefkowitz
                      White Plains Plaza, Suite 509
                      One North Broadway
                      White Plains, NY  10601-1714
                      Telephone:  914-997-0500
                      Facsimile:  914-997-0035
                      Email: llefkowitz@lowey.com

                *Attorney for Plaintiff*