UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS FUND II, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND II LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., and FRANK DIVITTO, on behalf of themselves and all others similarly situated,

     Plaintiffs,

- against –

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BLUECREST CAPITAL MANAGEMENT LLP, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, AND JOHN DOE NOS. 1-50,

     Defendants.

Docket No. 15-cv-0871 (SHS)

---

**CORRECTED DECLARATION OF RICHARD MUMFORD IN SUPPORT OF UBS AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Richard Mumford, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Legal Banking and Trust Products Attorney at UBS AG with the rank of Managing Director. In this capacity, I am responsible for corporate and legal entity governance

and general corporate matters relating to legal entities within Investment Bank, Wealth Management divisions and Corporate Center in Region Americas. I am an attorney with more than 25 years of experience in the financial services sector. I have been in-house counsel to UBS AG since 2003. I make this declaration based on personal knowledge gained through the performance of my duties and my investigation of the facts herein.

2. UBS AG is a 152-year-old financial institution incorporated in Switzerland. Its global headquarters and principal place of business are located in Zurich and Basel, Switzerland, at Bahnhofstrasse 45, 8001 Zurich, Switzerland, and Aeschenvorstadt 1, 4051 Basel, Switzerland, respectively. UBS AG is the present-day successor to the Bank in Winterthur, a Swiss financial institution founded in 1862 fourteen years after Switzerland's formation as a federal state. Today, UBS AG is Switzerland's largest bank.

3. UBS AG operates in more than 50 countries worldwide.

4. In the United States, UBS AG only maintains licensed branches in California, Connecticut, Florida, Illinois, and New York. UBS AG has only 2 branches in California, 1 in Connecticut, 2 in Florida, 1 in Illinois and 4 in New York. UBS also has direct and indirect subsidiaries in the United States.

5. UBS AG reported a total world-wide operating income of CHF 28 billion for 2014, of which CHF 10.7 is attributed to the United States.

6. In 2014, most of UBS AG's 60,155 (FTE) employees were located outside of the United States; only 4,215 were located in New York.

7. UBS AG branches and employees in the United States were not responsible for the determination or submission of rates to the British Bankers' Association in the United Kingdom for use in the calculation of Swiss franc LIBOR.

8.  UBS AG employees who were responsible for the determination or submission of Swiss franc LIBOR were located in Zurich or in UBS's offices in London.

Executed this 16th day of October 2015 in Weekawken, New Jersey.

*[signature]*
RICHARD MUMFORD
UBS AG
1000 Harbor Blvd.
Weehawken, NJ 07086
Telephone:  201/352-8522
Facsimile:   201/272-7145