# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS FUND II, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS OFFSHORE FUND II LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., and FRANK DIVITTO, on behalf of themselves and all others similarly situated, | Docket No. 15-cv-00871 (SHS) |
| Plaintiffs, | |
| - against - | |
| CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BLUECREST CAPITAL MANAGEMENT LLP, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, AND JOHN DOE NOS. 1-50, | |
| Defendants. | |

## DECLARATION OF MICHELLE E. CONSTON

I, Michelle E. Conston, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am an associate of the law firm of Lowey Dannenberg Cohen & Hart, P.C. and Interim Counsel for the Class in this action. I respectfully submit this Declaration in Opposition to Defendants' Motion to Dismiss for Failure to State a Claim and For Lack of Subject Matter Jurisdiction.

1. Attached hereto as Exhibit 1 is a true and correct copy of Patrick, Margot, *Six Former Brokers Stand Trial Over Libor*, THE WALL STREET JOURNAL (Oct. 6, 2015), *available at* http://www.wsj.com/articles/six-former-brokers-stand-trial-over-libor-1444140625.

2. Attached hereto as Exhibit 2 is a true and correct copy of Letter from Frauke Menke for the Bundesanstalt fur Finanzdienstfeistungsaufsicht ("BaFin") to Deutsche Bank AG Management Board (May 13, 2015).

3. Attached hereto as Exhibit 3 is a true and correct copy of Matthews, Christopher M., Jenny Strasburg, and Eyk Henning, *Deutsche Bank Didn't Archive Chats Used by Some Employees Tied To Libor Probe*, THE WALL STREET JOURNAL (July 30, 2015), *available at* http://www.wsj.com/articles/deutsche-bank-didnt-archive-chats-used-by-some-employees-tied-to-libor-probe-1438287685.

4. Attached hereto as Exhibit 4 is a true and correct copy of Plea Agreement, *United States v. UBS AG*, No. 15-cr-00076, ECF No. 6 (D. Conn.).

5. Attached hereto as Exhibit 5 is a true and correct copy of Transcript of Record, *United States v. Robson* (Aug. 18, 2014) (No. 14 Cr. 272 (JSR)).

6. Attached hereto as Exhibit 6 is a true and correct copy of Transcript of Record, *United States v. Yagami* (June 10, 2014) (No. 14 Cr. 272 (JSR)).

2

7.      Attached hereto as Exhibit 7 is a true and correct copy of Argument Calendar, Courtroom 1703, UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, *available at* http://ww2.ca2.uscourts.gov/calendar/index.php?eID=780 (last visited Oct. 19, 2015).

8.      Attached hereto as Exhibit 8 is a true and correct copy of Transcript of Hearing, *In re: Crude Oil Commodity Futures Litig.* (Mar. 22, 2012) (No. 11 Civ. 05569 (WHP)).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2015
White Plains, New York

Michelle E. Conston
Michelle E. Conston