UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD. et al., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>CREDIT SUISSE GROUP AG et al.,<br><br>       Defendants. | Case No. 15-cv-00871-SHS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander Li of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant JPMorgan Chase & Co. in this action and requests that all subsequent papers be served upon the undersigned at the address below.

Dated: New York, New York
    October 26, 2015

            Respectfully submitted,

            SIMPSON THACHER & BARTLETT LLP

            By: /s/ Alexander Li
                Alexander Li (zander.li@stblaw.com)
                425 Lexington Ave.
                New York, New York 10017-3954
                Telephone: (212) 455-2000
                Facsimile: (212) 455-2502

            *Attorneys for Defendant JPMorgan Chase & Co.*