UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
Sonterra Capital Master Fund, Ltd.,

    Plaintiff,

  -against-

Credit Suisse Group AG et al.,

    Defendant.
-----------------------------------------------------

Case No. 15-cv-00871 (SHS)

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

 __X__ I have cases pending  ____ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

     __Lee Jason Lefkowitz__
     FILL IN ATTORNEY NAME

My SDNY Bar Number is: __LL0814__ My State Bar Number is: __4991485__

I am,

 __X__ An attorney

 ____ A Government Agency attorney

 ____ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: __Lewis Brisbois Bisgaard & Smith LLP__
     FIRM ADDRESS: __77 Water Street, 21st Floor New York, NY 10005__
     FIRM TELEPHONE NUMBER: __(646) 783-0977__
     FIRM FAX NUMBER: __(212) 232-1399__

NEW FIRM: FIRM NAME: __Lowey Dannenberg Cohen & Hart, P.C.__
     FIRM ADDRESS: __One North Broadway, White Plains, NY 10601__
     FIRM TELEPHONE NUMBER: __(914) 997-0500__
     FIRM FAX NUMBER: __(914) 997-0035__

__X__ I will continue to be counsel of record on the above-entitled case at my new firm/agency. **Note: I appeared as counsel of record on the above-entitled case with my new firm/agency. However, my change of address had not been filed with the attorney services clerk.**

____ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/25/2015

                */s/ Lee Jason Lefkowitz*
                ATTORNEY'S SIGNATURE