UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Sonterra Capital Master Fund, Ltd.,

                Plaintiff,

      -against-

Credit Suisse Group AG et al.,

                Defendant.
------------------------------------------------------

Case No. 15-cv-00871 (SHS)

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

    __X__    I have cases pending      ____    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                        Sitso W. Bediako
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __SB3252__    My State Bar Number is: __4946976__

I am,

    __X__    An attorney

    ____    A Government Agency attorney

    ____    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Alston & Bird LLP
                     FIRM ADDRESS: 90 Park Avenue, New York, NY 10016
                     FIRM TELEPHONE NUMBER: (212) 210-9400
                     FIRM FAX NUMBER: (212) 922-3855

NEW FIRM:    FIRM NAME: Lowey Dannenberg Cohen & Hart, P.C.
                     FIRM ADDRESS: One North Broadway, White Plains, NY 10601
                     FIRM TELEPHONE NUMBER: (914) 997-0500
                     FIRM FAX NUMBER: (914) 997-0035

  __X__    I will continue to be counsel of record on the above-entitled case at my new firm/agency. **Note: I appeared as counsel of record on the above-entitled case with my new firm/agency. However, my change of address had not been filed with the attorney services clerk.**

  ____    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/25/2015

                                 ATTORNEY'S SIGNATURE