UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD. et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE GROUP AG et al.,<br><br>Defendants. | Case No. 15-cv-00871-SHS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth J. Shutkin of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant JPMorgan Chase & Co. in this action and requests that all subsequent papers be served upon the undersigned at the address below.

Dated: New York, New York
       December 18, 2015

                                                        Respectfully submitted,

                                                        SIMPSON THACHER & BARTLETT LLP

                            By:   */s/ Elizabeth J. Shutkin*
                                    Elizabeth J. Shutkin (elizabeth.shutkin@stblaw.com)
                                    425 Lexington Ave.
                                    New York, New York 10017-3954
                                    Telephone: (212) 455-2000
                                    Facsimile: (212) 455-2502

                                    *Attorneys for Defendant JPMorgan Chase & Co.*