UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

SONTERRA CAPITAL MASTER FUND LTD., et al.,

    Plaintiffs,

  v.

           No. 15-cv-00871 (SHS)

CREDIT SUISSE GROUP AG, et al.,

    Defendants.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Eric J. Stock of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for UBS AG.

Dated: New York, New York
    November 10, 2016

                GIBSON, DUNN & CRUTCHER LLP

                By:  */s/ Eric J. Stock*
                   Eric J. Stock

                200 Park Avenue, 48th Floor
                New York, New York 10166
                Tel.: (212) 351-2301
                estock@gibsondunn.com

                *Attorney for UBS AG*