UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS FUND II, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND II LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., and FRANK DIVITTO, on behalf of themselves and all others similarly situated, <br><br>                      Plaintiffs,<br><br>- against –<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BLUECREST CAPITAL MANAGEMENT LLP, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, AND JOHN DOE NOS. 1-50,<br><br>                      Defendants. | Docket No. 15-cv-0871 (SHS) |

## NOTICE OF ENTRY OF APPEARANCE

       PLEASE TAKE NOTICE that Jason M. Hall of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Defendants Credit Suisse Group AG and Credit Suisse AG in the above-captioned proceeding. I certify that I am admitted to practice in this Court. By filing this notice of entry of appearance, Credit Suisse Group AG and Credit Suisse AG do not waive, and specifically preserve, their rights to assert any and all defenses in the matter, including but not limited to improper venue and lack of personal jurisdiction.

Dated:   November 22, 2016						Respectfully submitted,

/s/ Jason M. Hall
Jason M. Hall
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York 10005
Telephone:  212-701-3000