UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SONTERRA CAPITAL MASTER FUND LTD., et al., :
:
:
Plaintiffs, :
:
v. : No. 15-cv-871 (SHS)
:
:
CREDIT SUISSE GROUP AG, et al., :
:
Defendants. :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, effective as of March 31, 2017, and hereby requests that the Court withdraw me as counsel for Defendant UBS AG in the above-captioned action.  No substitution of counsel is necessary, as UBS AG continues to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP.  UBS AG is aware of and consents to the withdrawal.

Dated:  San Francisco, California
        April 5, 2017

                                                     GIBSON, DUNN & CRUTCHER LLP

                                                     By:   */s/ Joel S. Sanders*
                                                           Joel S. Sanders

                                                     555 Mission Street
                                                     San Francisco, California 94105
                                                     Tel.: (415) 393-8268
                                                     jsanders@gibsondunn.com

                                                     *Attorneys for UBS AG*