USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONTERRA CAPITAL MASTER FUND
LTD. et al., on behalf of themselves and
all others similarly situated,
                    Plaintiffs,

v.

CREDIT SUISSE GROUP AG et al.,
                    Defendants.

No. 15-cv-871 (SHS)

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Andrew C. Finch, and subject to the approval of the Court, Andrew C. Finch hereby withdraws as counsel for Deutsche Bank AG and DB Group Services (UK) Ltd. in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG and DB Group Services (UK) Ltd. in this proceeding.

Dated: New York, New York
       April 6, 2017

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Andrew C. Finch
    Andrew C. Finch

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
afinch@paulweiss.com

SO ORDERED: 4/7/17

/s/ Sidney H. Stein

Hon. Sidney H. Stein, U.S.D.J.