UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD. et al., on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CREDIT SUISSE GROUP AG et al.,<br>　　　　　　　　　　Defendants. | No. 15-cv-871 (SHS)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

　　　　　PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG and DB Group Services (UK) Ltd. in the above-captioned matter.

Dated: April 10, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　 /s/ Aidan Synnott
　　　　　　　　　　　　　　　　Aidan Synnott
　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, NY 10019-6064
　　　　　　　　　　　　　　　　Telephone:  (212) 373-3000
　　　　　　　　　　　　　　　　Facsimile:  (212) 757-3990
　　　　　　　　　　　　　　　　asynnott@paulweiss.com

　　　　　　　　　　　　　　　　*Counsel for Defendant Deutsche Bank AG and DB Group Services (UK) Ltd.*