USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND LTD., : 15-Cv-871 (SHS)
on behalf of itself and all others similarly situated,
*ET AL.*, :

                       Plaintiffs, :

      -against- : <u>ORDER</u>

CREDIT SUISSE GROUP AG, *ET AL.*, :

                       Defendants. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       IT IS HEREBY ORDERED that oral argument will be held on the pending motions to dismiss on Monday, August 14, 2017, at 2:30 p.m. in Courtroom 23A.

Dated:    New York, New York
           August 2, 2017

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.