

November 17, 2017

**BY ECF**
The Honorable Sidney H. Stein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: <u>Sonterra Capital Master Fund Ltd., et al v. Credit Suisse Group AG, et al</u>, No. 15-cv-0871

Dear Judge Stein:

  As counsel for Plaintiffs, we write to request that the Court so order this letter to permit Plaintiffs to publicly file a redacted copy of their Second Amended Class Action Complaint.

  In accordance with this Court's September 25, 2017 Opinion & Order (ECF No. 170) and October 24, 2017 Order (ECF No. 176), Plaintiffs' filed their Second Amended Class Action Complaint with accompanying exhibits under seal on Monday, November 6, 2017.

  We have been instructed by the clerk of the Court that in order to issue summonses to Defendants newly-named in Plaintiffs' Second Amended Class Action Complaint, the Court requires a Complaint to be publicly filed via ECF.

  Accordingly, Plaintiffs request that Your Honor endorse this letter to permit Plaintiffs to file a redacted copy of their Second Amended Class Action Complaint.

            Respectfully submitted,

            /s/Geoffrey M. Horn
            Geoffrey M. Horn

cc: Counsel of Record (via email)

SO ORDERED

DATED: _____  _____
                THE HONORABLE SIDNEY H. STEIN
                UNITED STATES DISTRICT JUDGE

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601  (p) 914-997-0500  (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977  (p): 610-941-2760  (f): 610-862-9777