LOWEY DANNENBERG

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/8/17
```

December 4, 2017

**VIA HAND DELIVERY**
The Honorable Sidney H. Stein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Sonterra Capital Master Fund Ltd., et al v. Credit Suisse Group AG, et al*, No. 15-cv-0871

Dear Judge Stein:

As counsel for Plaintiffs, we write to respectfully request leave to file a corrected copy of Plaintiffs' Second Amended Class Action Complaint ("SAC") previously filed under seal with the Court on November 6, 2017.

We have become aware that while all parties were correctly named within the body of the SAC, the caption of the SAC incorrectly identified the party ICAP Securities USA LLC as ICAP Securities (USA) Limited. Plaintiffs' [Proposed] Corrected SAC corrects this error as well as other minor typographical errors. The [Proposed] Corrected Second Amended Class Action Complaint, as well as a redline showing the changes, are attached to this letter as Exhibits A and B, respectively.

Respectfully submitted,

Vincent Briganti

cc: Counsel of Record (via email)

12/8/17
So ordered.
[signature]

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p) 610-941-2760 (f) 610-862-9777