UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SONTERRA CAPITAL MASTER FUND :
LTD., et al., :
 :
         Plaintiffs, :
 :
   v. : No. 15-cv-00871 (SHS)
 :
 :
CREDIT SUISSE GROUP AG, et al., :
 :
         Defendants. :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Mark A. Kirsch of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for UBS AG.

Dated: New York, New York
       January 17, 2018

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: /s/ Mark A. Kirsch
                                        Mark A. Kirsch

                                  200 Park Avenue, 48th Floor
                                  New York, New York 10166
                                  Tel.: (212) 351-2662
                                  mkirsch@gibsondunn.com

                                  *Attorneys for UBS AG*