USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., FRANK DIVITTO, RICHARD DENNIS, and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLETT PREBON AMERICAS CORP., TULLETT PREBON (USA) INC., TULLETT PREBON FINANCIAL SERVICES LLC, TULLETT PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES USA LLC, NEX GROUP PLC, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 15-cv-00871 (SHS) |

## STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE AND SETTING TIME FOR STIPULATING BROKER DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiffs Sonterra Capital Master Fund Ltd., FrontPoint European Fund, L.P., FrontPoint

Financial Services Fund, L.P., FrontPoint Healthcare Flagship Enhanced Fund, L.P., FrontPoint

1

Healthcare Flagship Fund, L.P., FrontPoint Healthcare Horizons Fund, L.P., FrontPoint Financial Horizons Fund, L.P., FrontPoint Utility and Energy Fund, L.P., Hunter Global Investors Fund I, L.P., Hunter Global Investors Offshore Fund, Ltd., Hunter Global Investors SRI Fund Ltd., HG Holdings Ltd., HG Holdings II Ltd., Frank Divitto, Richard Dennis, and the California State Teachers' Retirement System (collectively, "Plaintiffs") and Defendants TP ICAP plc, Tullett Prebon Americas Corp., Tullett Prebon (USA) Inc., Tullett Prebon Financial Services LLC, Tullett Prebon (Europe) Limited, Cosmorex AG, ICAP Europe Limited, ICAP Securities USA LLC, NEX Group plc, and Intercapital Capital Markets LLC (collectively, the "Stipulating Broker Defendants") by and through their respective undersigned counsel, subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on November 6, 2017, Plaintiffs filed under seal their Second Amended Class Action Complaint ("SAC") (ECF No. 177) asserting claims against, among others, the Stipulating Broker Defendants;

WHEREAS, on December 8, 2017 Plaintiffs filed publicly a redacted version of the SAC (ECF No. 185);

WHEREAS, on December 14, 2017 a Summons was issued as to 12 newly added Defendants, including the 10 Stipulating Broker Defendants (ECF No. 189);

WHEREAS, on December 15, 2017, Plaintiffs' counsel asked undersigned counsel for the Stipulating Broker Defendants whether they were authorized to accept service of the redacted SAC on behalf of certain of the Stipulating Broker Defendants, and counsel subsequently engaged in a meet and confer process;

WHEREAS, on January 9, 2018, following execution of Exhibit A to the Stipulation and Protective Order Governing Materials Produced by JPMorgan Chase & Co. (ECF No. 147) by

counsel for the Stipulating Broker Defendants, the Stipulating Broker Defendants waived service of the SAC and their counsel received an unredacted copy of the SAC, and

WHEREAS, Plaintiffs and the Stipulating Broker Defendants have agreed to the below schedule for the time for the Stipulating Broker Defendants to answer, move to dismiss or otherwise respond to the SAC;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Stipulating Broker Defendants' deadline to answer, move or otherwise respond to the SAC shall be April 6, 2018.

2. If the Stipulating Broker Defendants move to dismiss the SAC, Plaintiffs shall respond on or before June 4, 2018 and the Stipulating Broker Defendants may file their replies on or before July 3, 2018.

3. Discovery is stayed pending resolution of the Stipulating Broker Defendants' motion(s) to dismiss; except that if any Stipulating Broker Defendant moves to dismiss the SAC on the ground that this Court lacks personal jurisdiction as to it pursuant to FED. R. CIV. P. 12(b)(2), Plaintiffs may seek leave of Court to conduct jurisdictional discovery and additional time to file its opposition(s) to the FED. R. CIV. P. 12(b)(2) motion(s) to dismiss in order to conduct such discovery. The Stipulating Broker Defendants reserve the right to oppose any motion by Plaintiffs seeking leave of Court to conduct jurisdictional discovery and/or to obtain additional time to file their opposition(s) to the FED. R. CIV. P. 12(b)(2) motion(s) to dismiss.

4. Except as to the defense of insufficient service of process, no defense of the Stipulating Broker Defendants, including without limitation defenses based upon lack of personal jurisdiction, is prejudiced or waived by the Stipulating Broker Defendants' executing, agreeing to, or filing this Stipulation.

5.  This Stipulation may be executed in separate counterparts, and counterparts may be executed by e-mail or facsimile, each of which shall be deemed an original.

DATED: January 17, 2018

*/s/ H. Rowan Gaither IV*

Shari A. Brandt
H. Rowan Gaither IV
T. Jakob Sebrow
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, New York 10281
Tel: 212-530-1800
Fax: 212-530-1801
sbrandt@rkollp.com
rgaither@rkollp.com
jsebrow@rkollp.com

*Counsel for Defendants TP ICAP plc,*
*Tullett Prebon Americas Corp.,*
*Tullett Prebon (USA) Inc.,*
*Tullett Prebon Financial Services LLC,*
*Tullett Prebon (Europe) Limited,*
*Cosmorex AG, ICAP Europe Limited,*
*NEX Group plc, ICAP Securities USA LLC,*
*and Intercapital Capital Markets LLC.*

*/s/ Vincent Briganti*

Vincent Briganti
Geoffrey M. Horn
Peter St. Philip
Raymond Girnys
Christian P. Levis
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: 914-997-0500
Fax: 914-997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphilip@lowey.com
rgirnys@lowey.com
clevis@lowey.com

*Interim Lead Class Counsel*

Christopher Lovell
Gary S. Jacobson
Benjamin M. Jaccarino
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677
clovell@lshllp.com
gsjacobson@lshllp.com
bjaccarino@lshllp.com

Joseph J. Tabacco
Todd A. Seaver (*pro hac vice*)
BERMAN TABACCO
One California Street, Suite 900
San Francisco, CA 94111
Tel.: 415-433-3200
Fax: 415-433-6282
jtabacco@bermantabacco.com
tsever@bermantabacco.com

Patrick T. Egan
BERMAN TABACCO
One Liberty Square
Boston, MA 02109
Tel.: 617-542-8300
Fax: 617-542-1194
pegan@bermantabacco.com

David E. Kovel
KIRBY MCINERNEY LLP
825 Third Avenue
New York, NY 10022
Tel.: 212-371-6600
Fax: 212-751-2540
dkovel@kmllp.com

Brian P. Murray
Lee Albert (*pro hac vice* to be filed)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel.: 212-682-5340
Fax: 212-884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com

*Additional Counsel for Plaintiffs*

**SO ORDERED:**

Dated: Jan. 18, 2018
New York, New York

HON. SIDNEY H. STEIN
United States District Judge

5