UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SONTERRA CAPITAL MASTER FUND
LTD., et al.,

        Plaintiffs,

    v.

CREDIT SUISSE GROUP AG, et al.,

        Defendants.
-----------------------------------------------------------x

No. 15-cv-871 (SHS)

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendant UBS AG in the above-captioned action. No substitution of counsel is necessary, as UBS AG continues to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG is aware of and consents to the withdrawal.

Dated: New York, New York
       January 18, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   /s/   *Peter Sullivan*
      Peter Sullivan

200 Park Avenue, 47th Floor
New York, New York 10166
Tel.: (212) 351-5370
psullivan@gibsondunn.com

*Attorneys for UBS AG*