UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND LTD.,        :
FRONTPOINT EUROPEAN FUND, L.P.,           :
FRONTPOINT FINANCIAL SERVICES FUND,       :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP      : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT           :
HEALTHCARE FLAGSHIP FUND, L.P.,           :
FRONTPOINT HEALTHCARE HORIZONS            :
FUND, L.P., FRONTPOINT FINANCIAL          :
HORIZONS FUND, L.P., FRONTPOINT UTILITY   : **NOTICE OF APPEARANCE**
AND ENERGY FUND L.P., HUNTER GLOBAL       :
INVESTORS FUND I, L.P., HUNTER GLOBAL     :
INVESTORS OFFSHORE FUND LTD., HUNTER      :
GLOBAL INVESTORS SRI FUND LTD., HG        :
HOLDINGS II LTD., HG HOLDINGS II LTD.,    :
FRANK DIVITTO, RICHARD DENNIS, and the    :
CALIFORNIA STATE TEACHERS'                :
RETIREMENT SYSTEM on behalf of themselves :
and all others similarly situated,        :
                                          :
                        Plaintiffs,       :
                                          :
            v.                            :
                                          :
CREDIT SUISSE GROUP AG, CREDIT SUISSE     :
AG, JPMORGAN CHASE & CO., THE ROYAL       :
BANK OF SCOTLAND PLC, UBS AG,             :
DEUTSCHE BANK AG, DB GROUP SERVICES       :
UK LIMITED, TP ICAP PLC, TULLETT PREBON   :
AMERICAS CORP., TULLETT PREBON (USA)      :
INC., TULLETT PREBON FINANCIAL            :
SERVICES LLC, TULLETT PREBON (EUROPE)     :
LIMITED, COSMOREX AG, ICAP EUROPE         :
LIMITED, ICAP SECURITIES USA LLC, NEX     :
GROUP PLC, INTERCAPITAL CAPITAL           :
MARKETS LLC, GOTTEX BROKERS SA,           :
VELCOR SA AND JOHN DOE NOS. 1-50,         :
                                          :
                        Defendants.       :
                                          :

-------------------------------------------------------------x

PLEASE TAKE NOTICE that Shari A. Brandt of Richards Kibbe & Orbe LLP hereby enters her appearance as counsel of record for Defendants TP ICAP plc, Tullett Prebon Americas Corp., Tullett Prebon (USA) Inc., Tullet Prebon Financial Services LLC, Tullett Prebon (Europe) Limited, Cosmorex AG, ICAP Europe Limited, ICAP Securities USA LLC, NEX Group plc, and Intercapital Capital Markets LLC in the above-captioned action without waiver of any defenses including the defense of lack of personal jurisdiction.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         January 23, 2018

RICHARDS KIBBE & ORBE LLP

By: /s/ Shari A. Brandt
    Shari A. Brandt
    *sbrandt@rkollp.com*
    200 Liberty Street
    New York, NY  10281-1003
    Telephone: 212.530.1800
    Facsimile: 212.530.1801

*Attorneys for Defendants TP ICAP plc, Tullett Prebon Americas Corp., Tullett Prebon (USA) Inc., Tullett Prebon Financial Services LLC, Tullett Prebon (Europe) Limited, Cosmorex AG, ICAP Europe Limited, ICAP Securities USA LLC, NEX Group plc and Intercapital Capital Markets LLC*