UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS II LTD., HG HOLDINGS II LTD., FRANK DIVITTO, RICHARD DENNIS, and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated, | Case No. 15-cv-00871 (SHS)<br><br>**ECF CASE**<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT TP ICAP PLC** |
| Plaintiffs, | |
| v. | |
| CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLETT PREBON AMERICAS CORP., TULLETT PREBON (USA) INC., TULLETT PREBON FINANCIAL SERVICES LLC, TULLETT PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES USA LLC, NEX GROUP PLC, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50, | |
| Defendants. | |

------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant TP ICAP plc hereby states as follows:

TP ICAP plc is a publicly traded company organized under the laws of England and Wales.  There is no parent corporation or public company owning 10% or more of its stock.

Dated:   January 23, 2018
        New York, New York

RICHARDS KIBBE & ORBE LLP

By: /s/ Shari A. Brandt
    Shari A. Brandt
    *sbrandt@rkollp.com*
    H. Rowan Gaither
    *rgaither@rkollp.com*
    Matthew M. Riccardi
    *mriccardi@rkollp.com*
    T. Jakob Sebrow
    *jsebrow@rkollp.com*
    200 Liberty Street
    New York, NY  10281-1003
    Telephone: 212.530.1800
    Facsimile: 212.530.1801

*Attorneys for Defendant TP ICAP plc*