UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW STATE

------------------------------------------------------------x

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS II LTD., HG HOLDINGS II LTD., FRANK DIVITTO, RICHARD DENNIS, and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated, | Case No. 15-cv-00871 (SHS)<br><br>**ECF CASE**<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT TULLET PREBON AMERICAS CORP.** |
| Plaintiffs, | |
| v. | |
| CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLETT PREBON AMERICAS CORP., TULLETT PREBON (USA) INC., TULLETT PREBON FINANCIAL SERVICES LLC, TULLETT PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES USA LLC, NEX GROUP PLC, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50, | |
| Defendants. | |

------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Tullett Prebon Americas Corp. hereby states as follows:

Tullett Prebon Americas Corp. is owned by Tullett Prebon (Americas) Holdings Inc. and Tullett Prebon (No. 1), neither of which is a publicly traded company. Tullett Prebon Americas Corp. is indirectly wholly owned by TP ICAP plc, a publicly traded company.

Dated:   January 23, 2018
        New York, New York

                RICHARDS KIBBE & ORBE LLP

                By: /s/ Shari A. Brandt
                    Shari A. Brandt
                    *sbrandt@rkollp.com*
                    H. Rowan Gaither
                    *rgaither@rkollp.com*
                    Matthew M. Riccardi
                    *mriccardi@rkollp.com*
                    T. Jakob Sebrow
                    *jsebrow@rkollp.com*
                    200 Liberty Street
                    New York, NY 10281-1003
                    Telephone: 212.530.1800
                    Facsimile: 212.530.1801

*Attorneys for Defendant Tullett Prebon Americas Corp.*