UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS II LTD., HG HOLDINGS II LTD., FRANK DIVITTO, RICHARD DENNIS, and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,

            Plaintiffs,

            v.

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLETT PREBON AMERICAS CORP., TULLETT PREBON (USA) INC., TULLETT PREBON FINANCIAL SERVICES LLC, TULLETT PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES USA LLC, NEX GROUP PLC, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50,

            Defendants.

---------------------------------------------------------------x

Case No. 15-cv-00871 (SHS)

**ECF CASE**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT TULLETT PREBON FINANCIAL SERVICES LLC**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Tullett Prebon Financial Services LLC hereby states as follows:

Tullett Prebon Financial Services LLC is a wholly owned subsidiary of Tullett Prebon Americas Corp, which is not a publicly traded company.  Tullett Prebon Financial Services LLC is indirectly wholly owned by TP ICAP plc, a publicly traded company.

Dated:   January 23, 2018
            New York, New York

RICHARDS KIBBE & ORBE LLP

By: /s/ Shari A. Brandt
    Shari A. Brandt
    *sbrandt@rkollp.com*
    H. Rowan Gaither
    *rgaither@rkollp.com*
    Matthew M. Riccardi
    *mriccardi@rkollp.com*
    T. Jakob Sebrow
    *jsebrow@rkollp.com*
    200 Liberty Street
    New York, NY  10281-1003
    Telephone: 212.530.1800
    Facsimile: 212.530.1801

*Attorneys for Defendant Tullett Prebon Financial Services LLC*

2