UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND LTD., :
FRONTPOINT EUROPEAN FUND, L.P., :
FRONTPOINT FINANCIAL SERVICES FUND, :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT :
HEALTHCARE FLAGSHIP FUND, L.P., : **ECF CASE**
FRONTPOINT HEALTHCARE HORIZONS :
FUND, L.P., FRONTPOINT FINANCIAL :
HORIZONS FUND, L.P., FRONTPOINT UTILITY : **RULE 7.1 CORPORATE DISCLOSURE**
AND ENERGY FUND L.P., HUNTER GLOBAL : **STATEMENT ON BEHALF OF**
INVESTORS FUND I, L.P., HUNTER GLOBAL : **DEFENDANT COSMOREX AG**
INVESTORS OFFSHORE FUND LTD., HUNTER :
GLOBAL INVESTORS SRI FUND LTD., HG :
HOLDINGS II LTD., HG HOLDINGS II LTD., :
FRANK DIVITTO, RICHARD DENNIS, and the :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM on behalf of themselves :
and all others similarly situated, :
                                       :
                Plaintiffs, :
                                       :
        v. :
                                       :
CREDIT SUISSE GROUP AG, CREDIT SUISSE :
AG, JPMORGAN CHASE & CO., THE ROYAL :
BANK OF SCOTLAND PLC, UBS AG, :
DEUTSCHE BANK AG, DB GROUP SERVICES :
UK LIMITED, TP ICAP PLC, TULLETT PREBON :
AMERICAS CORP., TULLETT PREBON (USA) :
INC., TULLETT PREBON FINANCIAL :
SERVICES LLC, TULLETT PREBON (EUROPE) :
LIMITED, COSMOREX AG, ICAP EUROPE :
LIMITED, ICAP SECURITIES USA LLC, NEX :
GROUP PLC, INTERCAPITAL CAPITAL :
MARKETS LLC, GOTTEX BROKERS SA, :
VELCOR SA AND JOHN DOE NOS. 1-50, :
                                       :
                Defendants. :
                                       :
-------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for defendant Cosmorex AG hereby states as follows:

Cosmorex AG is a wholly owned subsidiary of Tullett Prebon Investment Holdings Ltd, which is not a publicly traded company.  Cosmorex AG is indirectly wholly owned by TP ICAP plc, a publicly traded company.

Dated:   January 23, 2018
         New York, New York

RICHARDS KIBBE & ORBE LLP


By: /s/ Shari A. Brandt
    Shari A. Brandt
    *sbrandt@rkollp.com*
    H. Rowan Gaither
    *rgaither@rkollp.com*
    Matthew M. Riccardi
    *mriccardi@rkollp.com*
    T. Jakob Sebrow
    *jsebrow@rkollp.com*
    200 Liberty Street
    New York, NY  10281-1003
    Telephone: 212.530.1800
    Facsimile: 212.530.1801

*Attorneys for Defendant Cosmorex AG*

2