UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND LTD., :
FRONTPOINT EUROPEAN FUND, L.P., :
FRONTPOINT FINANCIAL SERVICES FUND, :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT :
HEALTHCARE FLAGSHIP FUND, L.P., : **ECF CASE**
FRONTPOINT HEALTHCARE HORIZONS :
FUND, L.P., FRONTPOINT FINANCIAL :
HORIZONS FUND, L.P., FRONTPOINT UTILITY : **RULE 7.1 CORPORATE DISCLOSURE**
AND ENERGY FUND L.P., HUNTER GLOBAL : **STATEMENT ON BEHALF OF**
INVESTORS FUND I, L.P., HUNTER GLOBAL : **DEFENDANT ICAP SECURITIES USA**
INVESTORS OFFSHORE FUND LTD., HUNTER : **LLC**
GLOBAL INVESTORS SRI FUND LTD., HG :
HOLDINGS II LTD., HG HOLDINGS II LTD., :
FRANK DIVITTO, RICHARD DENNIS, and the :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM on behalf of themselves :
and all others similarly situated, :
                                                              :
                            Plaintiffs,       :
                                                              :
             v.                                       :
                                                              :
CREDIT SUISSE GROUP AG, CREDIT SUISSE :
AG, JPMORGAN CHASE & CO., THE ROYAL :
BANK OF SCOTLAND PLC, UBS AG, :
DEUTSCHE BANK AG, DB GROUP SERVICES :
UK LIMITED, TP ICAP PLC, TULLETT PREBON :
AMERICAS CORP., TULLETT PREBON (USA) :
INC., TULLETT PREBON FINANCIAL :
SERVICES LLC, TULLETT PREBON (EUROPE) :
LIMITED, COSMOREX AG, ICAP EUROPE :
LIMITED, ICAP SECURITIES USA LLC, NEX :
GROUP PLC, INTERCAPITAL CAPITAL :
MARKETS LLC, GOTTEX BROKERS SA, :
VELCOR SA AND JOHN DOE NOS. 1-50, :
                                                              :
                            Defendants.       :
                                                              :
-------------------------------------------------------------- x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for defendant ICAP Securities USA LLC hereby states as follows:

ICAP Securities USA LLC is a wholly owned subsidiary of ICAP Broking Holdings North America LLC, which is not a publicly traded company.  ICAP Securities USA LLC is indirectly wholly owned by TP ICAP plc, a publicly traded company.

Dated:   January 23, 2018
             New York, New York

RICHARDS KIBBE & ORBE LLP

By: /s/ Shari A. Brandt
      Shari A. Brandt
      *sbrandt@rkollp.com*
      H. Rowan Gaither
      *rgaither@rkollp.com*
      Matthew M. Riccardi
      *mriccardi@rkollp.com*
      T. Jakob Sebrow
      *jsebrow@rkollp.com*
      200 Liberty Street
      New York, NY  10281-1003
      Telephone: 212.530.1800
      Facsimile: 212.530.1801

      *Attorneys for Defendant ICAP Securities USA LLC*