UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SONTERRA CAPITAL MASTER FUND LTD., :
FRONTPOINT EUROPEAN FUND, L.P., :
FRONTPOINT FINANCIAL SERVICES FUND, :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT :
HEALTHCARE FLAGSHIP FUND, L.P., : **ECF CASE**
FRONTPOINT HEALTHCARE HORIZONS :
FUND, L.P., FRONTPOINT FINANCIAL :
HORIZONS FUND, L.P., FRONTPOINT UTILITY : **RULE 7.1 CORPORATE DISCLOSURE**
AND ENERGY FUND L.P., HUNTER GLOBAL : **STATEMENT ON BEHALF OF**
INVESTORS FUND I, L.P., HUNTER GLOBAL : **DEFENDANT ICAP EUROPE LIMITED**
INVESTORS OFFSHORE FUND LTD., HUNTER :
GLOBAL INVESTORS SRI FUND LTD., HG :
HOLDINGS II LTD., HG HOLDINGS II LTD., :
FRANK DIVITTO, RICHARD DENNIS, and the :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM on behalf of themselves :
and all others similarly situated, :
:
              Plaintiffs, :
:
     v. :
:
CREDIT SUISSE GROUP AG, CREDIT SUISSE :
AG, JPMORGAN CHASE & CO., THE ROYAL :
BANK OF SCOTLAND PLC, UBS AG, :
DEUTSCHE BANK AG, DB GROUP SERVICES :
UK LIMITED, TP ICAP PLC, TULLETT PREBON :
AMERICAS CORP., TULLETT PREBON (USA) :
INC., TULLETT PREBON FINANCIAL :
SERVICES LLC, TULLETT PREBON (EUROPE) :
LIMITED, COSMOREX AG, ICAP EUROPE :
LIMITED, ICAP SECURITIES USA LLC, NEX :
GROUP PLC, INTERCAPITAL CAPITAL :
MARKETS LLC, GOTTEX BROKERS SA, :
VELCOR SA AND JOHN DOE NOS. 1-50, :
:
              Defendants. :
:
------------------------------------------------------------ x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for defendant ICAP Europe Limited hereby states as follows:

999811v.2 3809/00007

ICAP Europe Limited is a wholly owned subsidiary of ICAP Global Broking Holdings Ltd., which is not a publicly traded company.  ICAP Europe Limited is indirectly wholly owned by TP ICAP plc, a publicly traded company.

Dated: January 23, 2018
       New York, New York

                    RICHARDS KIBBE & ORBE LLP

                    By: /s/ Shari A. Brandt
                        Shari A. Brandt
                        *sbrandt@rkollp.com*
                        H. Rowan Gaither
                        *rgaither@rkollp.com*
                        Matthew M. Riccardi
                        *mriccardi@rkollp.com*
                        T. Jakob Sebrow
                        *jsebrow@rkollp.com*
                        200 Liberty Street
                        New York, NY  10281-1003
                        Telephone: 212.530.1800
                        Facsimile: 212.530.1801

                    *Attorneys for Defendant ICAP Europe Limited*