UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND LTD., on behalf of itself and all others similarly situated, et al.,

                      Plaintiffs,

-against-

CREDIT SUISSE GROUP AG, et al.

                      Defendants.

------------------------------------------------------------x

15 Civ. 871 (SHS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/18

SIDNEY H. STEIN, U.S. District Judge.

    The Court having reviewed plaintiffs' letter of January 22, 2018, which states that plaintiffs are still in the process of serving two of the Newly-Added Defendants via the Hague Convention,

    IT IS HEREBY ORDERED that:

1. Plaintiffs are directed to immediately send by overnight express mail a copy of the Second Amended Class Action Complaint to all Newly-Added Defendants and their counsel who have not yet waived service or been formally served with the Second Amended Class Action Complaint; and

2. It is the Court's intention that all Newly-Added Defendants coordinate their briefing schedules – despite the varying dates on which they either waived service or were or are formally served with the Second Amended Class Action Complaint. Any motions to

dismiss the Second Amended Class Action Complaint by the Newly-Added Defendants are due by April 6, 2018.

Dated: New York, New York
      January 29, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.