UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., FRANK DIVITTO, RICHARD DENNIS and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>- against –<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLETT PREBON AMERICAS CORP., TULLET PREBON (USA) INC., TULLETT PREBON FINANCIAL SERVICES LLC, TULLETT PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES (USA) LIMITED, NEX GROUP PLC, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50,<br><br>       Defendants. | Docket No. 15-cv-0871 (SHS)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT** |

# NOTICE OF DEFENDANTS' MOTIONS TO
# DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Credit Suisse AG, Credit Suisse Group AG, Deutsche Bank AG, DB Group Services (UK) Limited, The Royal Bank of Scotland plc, and UBS AG (collectively, "Original Defendants") in the above referenced matter, request oral argument and will move this Court, before the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice, in whole or in part, the claims asserted in the Second Amended Class Action Complaint.

The grounds for these motions are that the Second Amended Complaint should be dismissed, as to all Original Defendants, for lack of personal jurisdiction, as to Credit Suisse Group AG and DB Group Services (UK) Limited because of lack of venue, and, as to all Original Defendants, because it fails to state a claim upon which relief can be granted and the Court lacks subject matter jurisdiction over the claims asserted. The specific grounds are set forth in two memoranda: (1) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim and the accompanying Declaration of Joel Kurtzberg, dated February 7, 2018, and exhibits thereto; and (2) the Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Lack of Personal Jurisdiction and the accompanying Declaration of Joel Kurtzberg, dated February 7, 2018, and exhibits thereto.

Dated: February 7, 2018
       New York, New York

Respectfully Submitted,

| | |
|---|---|
| /s/ Mark A. Kirsch | /s/ Fraser L. Hunter, Jr. |
| Mark A. Kirsch | Fraser L. Hunter, Jr. |
| Eric J. Stock | David S. Lesser |
| Jefferson E. Bell | Jamie Dycus |
| | |
| GIBSON, DUNN & CRUTCHER LLP | WILMER CUTLER PICKERING |
| 200 Park Avenue | HALE AND DORR LLP |
| New York, New York 10166-0193 | 250 Greenwich Street |
| Telephone: (212) 351-4000 | New York, New York 10007 |
| mkirsch@gibsondunn.com | Telephone: (212) 230-8800 |
| psullivan@gibsondunn.com | fraser.hunter@wilmerhale.com |
| lzweifach@gibsondunn.com | david.lesser@wilmerhale.com |
| | jamie.dycus@wilmerhale.com |
| | |
| *Attorneys for Defendant UBS AG* | *Attorneys for Defendant The Royal Bank of Scotland plc* |
| | |
| /s/ Joel Kurtzberg | /s/ Moses Silverman |
| Herbert S. Washer | Moses Silverman |
| Elai Katz | Aidan Synnott |
| Joel Kurtzberg | Michael J. Biondi |
| Jason M. Hall | |
| Adam S. Mintz | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| CAHILL GORDON & REINDEL LLP | 1285 Avenue of the Americas |
| 80 Pine Street | New York, New York 10019 |
| New York, New York 10005 | Telephone: (212) 373-3000 |
| Telephone: (212) 701-3000 | msilverman@paulweiss.com |
| hwasher@cahill.com | asynnott@paulweiss.com |
| ekatz@cahill.com | mbiondi@paulweiss.com |
| jkurtzberg@cahill.com | |
| jhall@cahill.com | *Attorneys for Defendants Deutsche Bank AG and DB Group Services (UK) Limited* |
| amintz@cahill.com | |
| | |
| *Attorneys for Defendant Credit Suisse Group AG and Credit Suisse AG* | |

2