## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., FRANK DIVITTO, RICHARD DENNIS and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    - against –<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLETT PREBON AMERICAS CORP., TULLET PREBON (USA) INC., TULLETT PREBON FINANCIAL SERVICES LLC, TULLETT PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES (USA) LIMITED, NEX GROUP PLC, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50,<br><br>       Defendants. | Docket No. 15-cv-0871 (SHS)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Adam S. Mintz, hereby certify that on February 7, 2018, I caused unredacted copies of (1) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim (the "Merits Brief"), dated February 7, 2018; (2) Appendix 1 to the Merits Brief; (3) the Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Lack of Personal Jurisdiction and Venue (the "Personal Jurisdiction Brief"), dated February 7, 2018; and (4) the Declaration of Daniel Kläy, dated February 6, 2018 (attached as Exhibit P to the Declaration of Joel Kurtzberg in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Lack of Personal Jurisdiction and Venue, dated February 7, 2018), to be served via electronic mail on counsel of record for:

1. Plaintiffs and the Proposed Class;
2. Defendant TP ICAP PLC;
3. Defendant TULLETT PREBON AMERICAS CORP.;
4. Defendant TULLET PREBON (USA) INC.;
5. Defendant TULLETT PREBON FINANCIAL SERVICES LLC;
6. Defendant TULLETT PREBON (EUROPE) LIMITED;
7. Defendant COSMOREX AG;
8. Defendant ICAP EUROPE LIMITED;
9. Defendant ICAP SECURITIES (USA) LIMITED;
10. Defendant NEX GROUP PLC;
11. Defendant INTERCAPITAL CAPITAL MARKETS LLC.

Dated:  February 9, 2018

    /s/ Adam S. Mintz
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone:  212-701-3981