

February 12, 2018

**VIA ECF**
The Honorable Sidney H. Stein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Sonterra Capital Master Fund Ltd., et al. v. Credit Suisse Group AG, et al.*, No. 15-cv-00871

Dear Judge Stein:

      We represent Plaintiffs in the above-referenced case, and write to request a briefing schedule and page limits for our response to Original Defendants' motions to dismiss, which were filed February 7. Plaintiffs respectfully request 68 days to file their opposition briefs (making the deadline April 16, 2018), along with 90 pages of total briefing, allocated between a merits brief and a separate personal jurisdiction brief.

      For reference, Original Defendants sought and were granted 93 days to move to dismiss the Second Amended Complaint. ECF No. 181. Original Defendants were also granted 90 pages of total briefing, allocated between a merits brief and a separate personal jurisdiction brief. ECF No. 222. We respectfully submit that exceeding Your Honor's usual 25-page limit and the local rules' 14-day deadline is appropriate under the circumstances. The requested page limits and deadline will permit Plaintiffs to address the deficiencies in Original Defendants' myriad arguments and assist the Court's consideration of the issues presented. This is Plaintiffs' first request for an extension of the deadline and page limits for this briefing. We have consulted liaison counsel for Original Defendants, who advised that they do not object to these requests.

      Respectfully submitted,

      /s Vincent Briganti
      Vincent Briganti

cc: Counsel of Record (via ECF)

44 South Broadway, White Plains, NY 10601  (p) 914-997-0500  (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA, 19428-2977  (p): 610-941-2760  (f): 610-862-9777