UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD. et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE GROUP AG et al.,<br><br>Defendants. | Case No. 15-cv-00871-SHS |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co. ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated: New York, New York
       February 14, 2018

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

By:   /s/ Paul C. Gluckow_____
      Mary Beth Forshaw (mforshaw@stblaw.com)
      Paul C. Gluckow (pgluckow@stblaw.com)
      Alan C. Turner (aturner@stblaw.com)
      425 Lexington Avenue
      New York, New York 10017
      Tel: (212) 455-2000
      Fax: (212) 455-2502

      Abram J. Ellis (aellis@stblaw.com)
      900 G Street, NW
      Washington, D.C. 20001
      Tel: (202) 636-5500
      Fax: (202) 636-5502

      *Attorneys for Defendant JPMorgan Chase & Co.*