USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD. et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE GROUP AG et al.,<br><br>Defendants. | Case No. 15-cv-00871-SHS |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co. ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

SO ORDERED 2/20/18

_____
SIDNEY H. STEIN
U.S.D.J.

Dated: New York, New York
       February 14, 2018

                          Respectfully submitted,

                          SIMPSON THACHER & BARTLETT LLP

By:    /s/ Paul C. Gluckow
        Mary Beth Forshaw (mforshaw@stblaw.com)
        Paul C. Gluckow (pgluckow@stblaw.com)
        Alan C. Turner (aturner@stblaw.com)
        425 Lexington Avenue
        New York, New York 10017
        Tel: (212) 455-2000
        Fax: (212) 455-2502

        Abram J. Ellis (aellis@stblaw.com)
        900 G Street, NW
        Washington, D.C. 20001
        Tel: (202) 636-5500
        Fax: (202) 636-5502

        *Attorneys for Defendant JPMorgan Chase & Co.*