

February 22, 2018

**VIA ECF**

The Honorable Sidney H. Stein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Sonterra Capital Master Fund Ltd., et al. v. Credit Suisse Group AG, et al.*, No. 15-cv-00871

Dear Judge Stein:

      As counsel for Plaintiffs, we write to update the Court as to the status of Plaintiffs' efforts to serve the Summons (ECF No. 189) and redacted Second Amended Class Action Complaint ("SAC") (ECF No. 185) on the two remaining newly-added Defendants, Gottex Brokers SA ("Gottex") and Velcor SA ("Velcor").

      This week, Plaintiffs received confirmation from the Central Authority of the Canton of Vaud, Switzerland that, on January 19, 2018, the Summons and SAC were served on Gottex in accordance with the Hague Convention.

      Plaintiffs have not yet received confirmation that Velcor has been served pursuant to the Hague Convention. Plaintiffs, in accordance with the Court's January 29th Order received confirmation that the Summons and SAC were successfully delivered to Velcor via Fedex on February 1st.

      We are available to answer any questions the Court may have.

                              Respectfully submitted,

                                /s Vincent Briganti
                              Vincent Briganti

cc: Counsel of Record (via ECF)