UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SONTERRA CAPITAL MASTER FUND LTD., :
FRONTPOINT EUROPEAN FUND, L.P., :
FRONTPOINT FINANCIAL SERVICES FUND, :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT :
HEALTHCARE FLAGSHIP FUND, L.P., :
FRONTPOINT HEALTHCARE HORIZONS :
FUND, L.P., FRONTPOINT FINANCIAL :
HORIZONS FUND, L.P., FRONTPOINT UTILITY : **NOTICE OF APPEARANCE**
AND ENERGY FUND L.P., HUNTER GLOBAL :
INVESTORS FUND I, L.P., HUNTER GLOBAL :
INVESTORS OFFSHORE FUND LTD., HUNTER :
GLOBAL INVESTORS SRI FUND LTD., HG :
HOLDINGS II LTD., HG HOLDINGS II LTD., :
FRANK DIVITTO, RICHARD DENNIS, and the :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM on behalf of themselves :
and all others similarly situated, :
  :
               Plaintiffs, :
  :
         v. :
  :
CREDIT SUISSE GROUP AG, CREDIT SUISSE :
AG, JPMORGAN CHASE & CO., THE ROYAL :
BANK OF SCOTLAND PLC, UBS AG, :
DEUTSCHE BANK AG, DB GROUP SERVICES :
UK LIMITED, TP ICAP PLC, TULLETT PREBON :
AMERICAS CORP., TULLETT PREBON (USA) :
INC., TULLETT PREBON FINANCIAL :
SERVICES LLC, TULLETT PREBON (EUROPE) :
LIMITED, COSMOREX AG, ICAP EUROPE :
LIMITED, ICAP SECURITIES USA LLC, NEX :
GROUP PLC, INTERCAPITAL CAPITAL :
MARKETS LLC, GOTTEX BROKERS SA, :
VELCOR SA AND JOHN DOE NOS. 1-50, :
  :
               Defendants. :
  :
-------------------------------------------------------------- x

PLEASE TAKE NOTICE that H. Rowan Gaither of Richards Kibbe & Orbe LLP hereby enters his appearance as counsel of record for Defendant Velcor SA in the above-captioned action without waiver of any defenses including the defense of lack of personal jurisdiction. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        March 8, 2018

                              RICHARDS KIBBE & ORBE LLP

                              By: /s/ H. Rowan Gaither
                                   H. Rowan Gaither
                                   *rgaither@rkollp.com*
                                   200 Liberty Street
                                   New York, NY  10281-1003
                                   Telephone: 212.530.1800
                                   Facsimile: 212.530.1801

*Attorneys for Defendant Velcor SA*