UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SONTERRA CAPITAL MASTER FUND LTD., :
FRONTPOINT EUROPEAN FUND, L.P., :
FRONTPOINT FINANCIAL SERVICES FUND, :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT :
HEALTHCARE FLAGSHIP FUND, L.P., :
FRONTPOINT HEALTHCARE HORIZONS :
FUND, L.P., FRONTPOINT FINANCIAL :
HORIZONS FUND, L.P., FRONTPOINT UTILITY : **NOTICE OF APPEARANCE**
AND ENERGY FUND L.P., HUNTER GLOBAL :
INVESTORS FUND I, L.P., HUNTER GLOBAL :
INVESTORS OFFSHORE FUND LTD., HUNTER :
GLOBAL INVESTORS SRI FUND LTD., HG :
HOLDINGS II LTD., HG HOLDINGS II LTD., :
FRANK DIVITTO, RICHARD DENNIS, and the :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM on behalf of themselves :
and all others similarly situated, :
                                                            :
                        Plaintiffs,                         :
                                                            :
            v.                                              :
                                                            :
CREDIT SUISSE GROUP AG, CREDIT SUISSE :
AG, JPMORGAN CHASE & CO., THE ROYAL :
BANK OF SCOTLAND PLC, UBS AG, :
DEUTSCHE BANK AG, DB GROUP SERVICES :
UK LIMITED, TP ICAP PLC, TULLETT PREBON :
AMERICAS CORP., TULLETT PREBON (USA) :
INC., TULLETT PREBON FINANCIAL :
SERVICES LLC, TULLETT PREBON (EUROPE) :
LIMITED, COSMOREX AG, ICAP EUROPE :
LIMITED, ICAP SECURITIES USA LLC, NEX :
GROUP PLC, INTERCAPITAL CAPITAL :
MARKETS LLC, GOTTEX BROKERS SA, :
VELCOR SA AND JOHN DOE NOS. 1-50, :
                                                            :
                        Defendants.                         :
                                                            :
-------------------------------------------------------------x

PLEASE TAKE NOTICE that Matthew M. Riccardi of Richards Kibbe & Orbe LLP hereby enters his appearance as counsel of record for Defendant Velcor SA in the above-captioned action without waiver of any defenses including the defense of lack of personal jurisdiction.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
        March 8, 2018

                              RICHARDS KIBBE & ORBE LLP

                              By: /s/ Matthew M. Riccardi
                                  Matthew M. Riccardi
                                  *mriccardi@rkollp.com*
                                200 Liberty Street
                                New York, NY  10281-1003
                                Telephone: 212.530.1800
                                Facsimile: 212.530.1801

                              *Attorneys for Defendant Velcor SA*