UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SONTERRA CAPITAL MASTER FUND LTD.,               :
FRONTPOINT EUROPEAN FUND, L.P.,                  :
FRONTPOINT FINANCIAL SERVICES FUND,              :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP             : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT                  :
HEALTHCARE FLAGSHIP FUND, L.P.,                  :
FRONTPOINT HEALTHCARE HORIZONS                   :
FUND, L.P., FRONTPOINT FINANCIAL                 :
HORIZONS FUND, L.P., FRONTPOINT UTILITY          : **NOTICE OF APPEARANCE**
AND ENERGY FUND L.P., HUNTER GLOBAL              :
INVESTORS FUND I, L.P., HUNTER GLOBAL            :
INVESTORS OFFSHORE FUND LTD., HUNTER             :
GLOBAL INVESTORS SRI FUND LTD., HG               :
HOLDINGS II LTD., HG HOLDINGS II LTD.,           :
FRANK DIVITTO, RICHARD DENNIS, and the           :
CALIFORNIA STATE TEACHERS'                       :
RETIREMENT SYSTEM on behalf of themselves        :
and all others similarly situated,               :
                                                 :
                  Plaintiffs,                    :
                                                 :
           v.                                    :
                                                 :
CREDIT SUISSE GROUP AG, CREDIT SUISSE            :
AG, JPMORGAN CHASE & CO., THE ROYAL              :
BANK OF SCOTLAND PLC, UBS AG,                    :
DEUTSCHE BANK AG, DB GROUP SERVICES              :
UK LIMITED, TP ICAP PLC, TULLETT PREBON          :
AMERICAS CORP., TULLETT PREBON (USA)             :
INC., TULLETT PREBON FINANCIAL                   :
SERVICES LLC, TULLETT PREBON (EUROPE)            :
LIMITED, COSMOREX AG, ICAP EUROPE                :
LIMITED, ICAP SECURITIES USA LLC, NEX            :
GROUP PLC, INTERCAPITAL CAPITAL                  :
MARKETS LLC, GOTTEX BROKERS SA,                  :
VELCOR SA AND JOHN DOE NOS. 1-50,                :
                                                 :
                  Defendants.                    :
                                                 :
---------------------------------------------------------------x

PLEASE TAKE NOTICE that Matthew M. Riccardi of Richards Kibbe & Orbe LLP hereby enters his appearance as counsel of record for Defendant Gottex Brokers SA in the above-captioned action without waiver of any defenses including the defense of lack of personal jurisdiction.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
             March 22, 2018

                            RICHARDS KIBBE & ORBE LLP

                            By: /s/ Matthew M. Riccardi
                                Matthew M. Riccardi
                                *mriccardi@rkollp.com*
                                200 Liberty Street
                                New York, NY  10281-1003
                                Telephone: 212.530.1800
                                Facsimile: 212.530.1801

*Attorneys for Defendant Gottex Brokers SA*