UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS II LTD., HG HOLDINGS II LTD., FRANK DIVITTO, RICHARD DENNIS, and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated, | Case No. 15-cv-00871 (SHS) <br><br> **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLETT PREBON AMERICAS CORP., TULLETT PREBON (USA) INC., TULLETT PREBON FINANCIAL SERVICES LLC, TULLETT PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES USA LLC, NEX GROUP PLC, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50, | |
| Defendants. | |

------------------------------------------------------------x

2

PLEASE TAKE NOTICE that T. Jakob Sebrow of Richards Kibbe & Orbe LLP hereby enters his appearance as counsel of record for Defendant Gottex Brokers SA in the above-captioned action without waiver of any defenses including the defense of lack of personal jurisdiction.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         March 22, 2018

                                       RICHARDS KIBBE & ORBE LLP

                                       By:  /s/ T. Jakob Sebrow
                                              T. Jakob Sebrow
                                              *jsebrow@rkollp.com*
                                              200 Liberty Street
                                              New York, NY  10281-1003
                                              Telephone: 212.530.1800
                                              Facsimile: 212.530.1801

                                       *Attorneys for Defendant Gottex Brokers SA*