UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SONTERRA CAPITAL MASTER FUND LTD., :
FRONTPOINT EUROPEAN FUND, L.P., :
FRONTPOINT FINANCIAL SERVICES FUND, :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT :
HEALTHCARE FLAGSHIP FUND, L.P., :
FRONTPOINT HEALTHCARE HORIZONS :
FUND, L.P., FRONTPOINT FINANCIAL :
HORIZONS FUND, L.P., FRONTPOINT UTILITY : **NOTICE OF APPEARANCE**
AND ENERGY FUND L.P., HUNTER GLOBAL :
INVESTORS FUND I, L.P., HUNTER GLOBAL :
INVESTORS OFFSHORE FUND LTD., HUNTER :
GLOBAL INVESTORS SRI FUND LTD., HG :
HOLDINGS II LTD., HG HOLDINGS II LTD., :
FRANK DIVITTO, RICHARD DENNIS, and the :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM on behalf of themselves :
and all others similarly situated, :
                                                                      :
               Plaintiffs, :
                                                                      :
         v. :
                                                                      :
CREDIT SUISSE GROUP AG, CREDIT SUISSE :
AG, JPMORGAN CHASE & CO., THE ROYAL :
BANK OF SCOTLAND PLC, UBS AG, :
DEUTSCHE BANK AG, DB GROUP SERVICES :
UK LIMITED, TP ICAP PLC, TULLETT PREBON :
AMERICAS CORP., TULLETT PREBON (USA) :
INC., TULLETT PREBON FINANCIAL :
SERVICES LLC, TULLETT PREBON (EUROPE) :
LIMITED, COSMOREX AG, ICAP EUROPE :
LIMITED, ICAP SECURITIES USA LLC, NEX :
GROUP PLC, INTERCAPITAL CAPITAL :
MARKETS LLC, GOTTEX BROKERS SA, :
VELCOR SA AND JOHN DOE NOS. 1-50, :
                                                                      :
               Defendants. :
                                                                      :
------------------------------------------------------------x

PLEASE TAKE NOTICE that Margot Laporte of Richards Kibbe & Orbe LLP hereby enters her appearance as counsel of record for Defendant Gottex Brokers SA in the above-captioned action without waiver of any defenses including the defense of lack of personal jurisdiction.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
　　　　 March 22, 2018

　　　　　　　　　　　　　　　　　　RICHARDS KIBBE & ORBE LLP

　　　　　　　　　　　　　　　　　　By: /s/ Margot Laporte
　　　　　　　　　　　　　　　　　　　　Margot Laporte
　　　　　　　　　　　　　　　　　　　　mlaporte@rkollp.com
　　　　　　　　　　　　　　　　　　　　Portrait Building
　　　　　　　　　　　　　　　　　　　　701 8th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　Telephone: 202.261.2960
　　　　　　　　　　　　　　　　　　　　Facsimile: 202.261.2999

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Gottex Brokers SA*