UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SONTERRA CAPITAL MASTER FUND LTD.,
FRONTPOINT EUROPEAN FUND, L.P.,
FRONTPOINT FINANCIAL SERVICES FUND,
L.P., FRONTPOINT HEALTHCARE FLAGSHIP : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT
HEALTHCARE FLAGSHIP FUND, L.P.,
FRONTPOINT HEALTHCARE HORIZONS
FUND, L.P., FRONTPOINT FINANCIAL
HORIZONS FUND, L.P., FRONTPOINT UTILITY : **DECLARATION OF SAMANTHA**
AND ENERGY FUND L.P., HUNTER GLOBAL : **WREN ON BEHALF OF NEX GROUP**
INVESTORS FUND I, L.P., HUNTER GLOBAL : **PLC IN SUPPORT OF FOREIGN**
INVESTORS OFFSHORE FUND LTD., HUNTER : **BROKER DEFENDANTS' MOTION TO**
GLOBAL INVESTORS SRI FUND LTD., HG : **DISMISS FOR LACK OF PERSONAL**
HOLDINGS II LTD., HG HOLDINGS II LTD., : **JURISDICTION**
FRANK DIVITTO, RICHARD DENNIS, and the
CALIFORNIA STATE TEACHERS'
RETIREMENT SYSTEM on behalf of themselves
and all others similarly situated,

                Plaintiffs,

     v.

CREDIT SUISSE GROUP AG, CREDIT SUISSE
AG, JPMORGAN CHASE & CO., THE ROYAL
BANK OF SCOTLAND PLC, UBS AG,
DEUTSCHE BANK AG, DB GROUP SERVICES
UK LIMITED, TP ICAP PLC, TULLETT PREBON
AMERICAS CORP., TULLETT PREBON (USA)
INC., TULLETT PREBON FINANCIAL
SERVICES LLC, TULLETT PREBON (EUROPE)
LIMITED, COSMOREX AG, NEX GROUP
LIMITED, ICAP SECURITIES USA LLC, NEX
GROUP PLC, INTERCAPITAL CAPITAL
MARKETS LLC, GOTTEX BROKERS SA,
VELCOR SA AND JOHN DOE NOS. 1-50,

                Defendants.
---------------------------------------------------------------x

I, Samantha Wren, declare under penalty of perjury as follows:

1. I am the Chief Financial Officer of NEX Group plc ("NEX").

2. I submit this Declaration on behalf of NEX in support of Foreign Broker Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. This Declaration is based upon my personal knowledge unless otherwise noted and is true and correct to the best of my knowledge and belief.

3. NEX was incorporated on or about February 18, 2016, more than a year after the original complaint was filed in this action. The facts set forth below apply from the date of NEX's incorporation to the date of this Declaration.

4. NEX is a non-operational holding company, organized under the laws of the United Kingdom, with its registered office and principal place of business in London, United Kingdom.

5. NEX has no offices in the United States.

6. NEX has no employees and conducts no operations.

7. NEX is listed on the London Stock Exchange.

8. NEX does not maintain any bank accounts in the United States.

9. NEX does not pay taxes to the United States government.

10. NEX does not provide brokering or trading services anywhere in the world or employ interdealer brokers.

11. NEX does not broker any derivatives, including any based on CHF LIBOR.

12. NEX did not and does not transact in CHF LIBOR-based derivatives.

I, Samantha Wren, Chief Financial Officer for NEX, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in London, United Kingdom on March 29, 2018.

_____
Samantha Wren