UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND LTD.,   :
FRONTPOINT EUROPEAN FUND, L.P.,   :
FRONTPOINT FINANCIAL SERVICES FUND,   :
L.P., FRONTPOINT HEALTHCARE FLAGSHIP   : Case No. 15-cv-00871 (SHS)
ENHANCED FUND, L.P., FRONTPOINT   :
HEALTHCARE FLAGSHIP FUND, L.P.,   :
FRONTPOINT HEALTHCARE HORIZONS   :
FUND, L.P., FRONTPOINT FINANCIAL   :
HORIZONS FUND, L.P., FRONTPOINT UTILITY : **CERTIFICATE OF SERVICE**
AND ENERGY FUND L.P., HUNTER GLOBAL   :
INVESTORS FUND I, L.P., HUNTER GLOBAL   :
INVESTORS OFFSHORE FUND LTD., HUNTER :
GLOBAL INVESTORS SRI FUND LTD., HG   :
HOLDINGS II LTD., HG HOLDINGS II LTD.,   :
FRANK DIVITTO, RICHARD DENNIS, and the :
CALIFORNIA STATE TEACHERS'   :
RETIREMENT SYSTEM on behalf of themselves :
and all others similarly situated,   :
  :
      Plaintiffs,   :
  :
    v.   :
  :
CREDIT SUISSE GROUP AG, CREDIT SUISSE :
AG, JPMORGAN CHASE & CO., THE ROYAL   :
BANK OF SCOTLAND PLC, UBS AG,   :
DEUTSCHE BANK AG, DB GROUP SERVICES :
UK LIMITED, TP ICAP PLC, TULLETT PREBON:
AMERICAS CORP., TULLETT PREBON (USA)  :
INC., TULLETT PREBON FINANCIAL   :
SERVICES LLC, TULLETT PREBON (EUROPE) :
LIMITED, COSMOREX AG, ICAP EUROPE   :
LIMITED, ICAP SECURITIES USA LLC, NEX  :
GROUP PLC, INTERCAPITAL CAPITAL   :
MARKETS LLC, GOTTEX BROKERS SA,   :
VELCOR SA AND JOHN DOE NOS. 1-50,   :
  :
      Defendants.   :
  :

------------------------------------------------------------ x

I, Margot Laporte, hereby certify that on April 6, 2018, I caused unredacted copies of (1) the Memorandum of Law in Support of the Broker Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Lack of Subject Matter Jurisdiction, Lack of Personal Jurisdiction, Lack of Venue, and Failure to State a Claim; (2) the Declaration of H. Rowan Gaither IV in Support of the Broker Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Lack of Subject Matter Jurisdiction, Lack of Personal Jurisdiction, Lack of Venue, and Failure to State a Claim, and accompanying exhibits; (3) the Declaration of Frits Vogels on Behalf of Tullett Prebon (Europe) Limited in Support of Foreign Broker Defendants' Motion to Dismiss for Lack of Personal Jurisdiction; (4) the Declaration of Patrik Epstein on Behalf of Cosmorex AG in Support of Foreign Broker Defendants' Motion to Dismiss for Lack of Personal Jurisdiction; (5) the Declaration of Richard Bigwood on Behalf of ICAP Europe Limited in Support of Foreign Broker Defendants' Motion to Dismiss for Lack of Personal Jurisdiction; (6) the Declaration of Roland Hegglin on Behalf of Velcor SA in Support of Foreign Broker Defendants' Motion to Dismiss for Lack of Personal Jurisdiction; and (7) the Declaration of Pierre-Antoine Saucier on Behalf of Gottex Broker SA in Support of Foreign Broker Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, to be served via electronic mail on counsel of record for:

1. Plaintiffs and the Proposed Class;
2. Defendant Credit Suisse AG
3. Defendant Credit Suisse Group AG
4. Defendant Deutsche Bank AG
5. Defendant DB Group Services (UK) Limited
6. Defendant The Royal Bank of Scotland plc
7. Defendant UBS AG

Dated April 6, 2018

/s/ Margot Laporte
Margot Laporte
RICHARDS KIBBE & ORBE LLP
Portrait Building
701 8th Street N.W. #300
Washington, D.C. 20001
(202) 261-2960