

April 9, 2018

Shari A. Brandt
D 212.530.1874
F 917.344.8874
sbrandt@rkollp.com

By ECF and by Hand Delivery

The Honorable Sidney H. Stein
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *Sonterra Capital Master Fund Ltd., et al. v. Credit Suisse Group AG, et al.*, No. 15-cv-00871 (SHS)

Dear Judge Stein:

    We are counsel for Broker Defendants TP ICAP plc, Tullet Prebon Americas Corp., Tullet Prebon (USA) Inc., Tullet Prebon Financial Services LLC, Tullet Prebon (Europe) Limited, Cosmorex AG, ICAP Europe Limited, ICAP Securities USA LLC, NEX Group plc, Intercapital Capital Markets LLC, Velcor SA, and Gottex Brokers SA (collectively, the "Broker Defendants"), and submit this letter in connection with the Broker Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Lack of Subject Matter Jurisdiction, Lack of Personal Jurisdiction, Lack of Venue, and Failure to State a Claim dated April 6, 2018. The Broker Defendants respectfully acknowledge your Honor's Individual Rule 2.E instructing the moving party to "furnish a complete set of courtesy copies to chambers as soon as is practical after a motion has been fully briefed." However, certain documents filed in support of the Broker Defendants' motion were filed under seal ("Sealed Broker Motion Papers") because they contain information subject to the Stipulation and Protective Order Governing Materials Produced by JPMorgan Chase & Co. (Dkt. No. 147.) So that the Court has access to unredacted copies of the Sealed Broker Motion Papers, the Broker Defendants respectfully attach hereto an unredacted set of those documents. In accordance with your Honor's Individual Rules, Broker Defendants will furnish a complete set of courtesy copies as soon as practical after the conclusion of briefing.

Respectfully submitted,

Shari A. Brandt / HRE

Shari A. Brandt

(Attachments)

cc:     Counsel of Record

200 Liberty Street
New York, New York 10281-1003

New York     Washington     London     WWW.RKOLLP.COM