IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., et al., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>Defendants. | Docket No. 15-cv-0871 (SHS)<br>ECF Case |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff SONTERRA CAPITAL MASTER FUND LTD. in this action. I certify that I am admitted to practice in this Court.

Dated: April 17, 2018

               LOWEY DANNENBERG, P.C.

               Respectfully submitted,

               By:  /s Roland R. St. Louis III
                  Roland R. St. Louis III
                  44 South Broadway, Suite 1100
                  White Plains, NY  10601
                  Telephone:  914-997-0500
                  Facsimile:  914-997-0035
                  Email: rstlouis@lowey.com

               *Attorney for Plaintiff Sonterra Capital Master Fund Ltd.*

1