UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/18

SONTERRA CAPITAL MASTER FUND LTD.,
FRONTPOINT EUROPEAN FUND, L.P.,
FRONTPOINT FINANCIAL SERVICES FUND,
L.P., FRONTPOINT HEALTHCARE FLAGSHIP
ENHANCED FUND, L.P., FRONTPOINT
HEALTHCARE FLAGSHIP FUND, L.P.,
FRONTPOINT HEALTHCARE HORIZONS
FUND, L.P., FRONTPOINT FINANCIAL
HORIZONS FUND, L.P., FRONTPOINT UTILITY
AND ENERGY FUND L.P., HUNTER GLOBAL
INVESTORS FUND I, L.P., HUNTER GLOBAL
INVESTORS OFFSHORE FUND LTD., HUNTER
GLOBAL INVESTORS SRI FUND LTD., HG
HOLDINGS LTD., HG HOLDINGS II LTD.,
FRANK DIVITTO, RICHARD DENNIS and the
CALIFORNIA STATE TEACHERS'
RETIREMENT SYSTEM on behalf of themselves
and all others similarly situated,

Plaintiffs,

- against –

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG,
JPMORGAN CHASE & CO., THE ROYAL BANK
OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK
AG, DB GROUP SERVICES UK LIMITED, TP ICAP
PLC, TULLETT PREBON AMERICAS CORP.,
TULLET PREBON (USA) INC., TULLETT PREBON
FINANCIAL SERVICES LLC, TULLETT PREBON
(EUROPE) LIMITED, COSMOREX AG, ICAP
EUROPE LIMITED, ICAP SECURITIES (USA)
LIMITED, NEX GROUP PLC, INTERCAPITAL
CAPITAL MARKETS LLC, GOTTEX BROKERS
SA, VELCOR SA AND JOHN DOE NOS. 1-50,

Defendants.

Docket No. 15-cv-0871 (SHS)

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO SEAL

WHEREAS, on May 16, 2018, Defendants Credit Suisse Group AG, Credit Suisse AG, Deutsche Bank AG, The Royal Bank of Scotland plc, and UBS AG filed a motion to file under seal (the "Motion") Exhibits 1 and 2 of the Reply Declaration of Joel Kurtzberg and the discussion of those exhibits in Defendants' reply brief in support of their motion to dismiss the SAC for lack of subject matter jurisdiction and failure to state a claim (together, the "Confidential Information"), and upon consideration of the Motion, the accompanying Memorandum of Law, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

IT IS SO ORDERED.

Dated: ~~May~~ July 2, 2018
New York, New York

SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

1