

August 2, 2019

**BY ECF**
The Honorable Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    *Sonterra Capital Master Fund, Ltd. v. Credit Suisse Group AG,* No. 15-cv-0871 (SHS)

Dear Judge Stein:

    We represent Plaintiffs and write to respectfully request that the Court adjourn the oral argument scheduled for August 8, 2019 in the above-captioned case to accommodate pre-planned travel schedules. Defendants join this request. This is the parties' first request for an adjournment.

    The parties have met and conferred concerning their respective schedules and, due to previously-scheduled trials, vacations, and other conflicts, the next available dates are: September 16, 2019, September 18, 2019, and September 20, 2019.

                                    Respectfully submitted,

                                    */s/ Vincent Briganti*

www.lowey.com

44 South Broadway, Suite 1100, White Plains, NY 10601  (p) 914-997-0500  (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977  (p): 610-941-2760  (f): 610-862-9777