**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND, L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., FRANK DIVITTO, RICHARD DENNIS, and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>- against -<br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLETT PREBON AMERICAS CORP., TULLET PREBON (USA) INC., TULLETT PREBON FINANCIAL SERVICES LLC, TULLETT PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES USA LLC, NEX GROUP PLC, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50,<br>Defendants. | Docket No. 15-cv-00871 (SHS) |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's September 16, 2019 Opinion and Order (ECF No. 358) and September 16, 2019

Judgment (ECF No. 359) dismissing this action, and all other orders entered in the case that were adverse, either in whole or in part, to Plaintiffs.

Dated: October 16, 2019
White Plains, New York

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

/s/ Vincent Briganti
Geoffrey M. Horn
Vincent Briganti
Peter St. Phillip
Christian P. Levis
Roland R. St. Louis, III
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email: ghorn@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
clevis@lowey.com
rstlouis@lowey.com

*Interim Lead Class Counsel*

Christopher Lovell
Gary S. Jacobson
Benjamin M. Jaccarino
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 5th Avenue, Suite 2440
New York, NY 10110
Tel.: (212) 608-1900
Fax: (646) 398-8392
Email: clovell@lshllp.com
gsjacobson@lshllp.com
bjaccarino@lshllp.com

Joseph J. Tabacco
Todd A. Seaver
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104

Tel.: (415) 433-3200
Fax: (415) 433-6382
Email: tseaver@bermantabacco.com
jtabacco@bermantabacco.com

Patrick T. Egan
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
Email: pegan@bermantabacco.com

*Additional Counsel for Plaintiffs*