UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC as assignee and successor-in-interest to SONTERRA CAPITAL MASTER FUND LTD., FRONTPOINT EUROPEAN FUND, L.P., FRONTPOINT FINANCIAL SERVICES FUND, L.P., FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P., FRONTPOINT HEALTH FLAGSHIP FUND, L.P., FRONTPOINT HEALTHCARE HORIZONS FUND L.P., FRONTPOINT FINANCIAL HORIZONS FUND, L.P., FRONTPOINT UTILITY AND ENERGY FUND L.P., HUNTER GLOBAL INVESTORS FUND I, L.P., HUNTER GLOBAL INVESTORS OFFSHORE FUND LTD., HUNTER GLOBAL INVESTORS SRI FUND LTD., HG HOLDINGS LTD., HG HOLDINGS II LTD., RICHARD DENNIS, and the CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, JPMORGAN CHASE & CO., NATWEST MARKETS PLC, UBS AG, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, TP ICAP PLC, TULLET PREBON AMERICAS CORP., TULLET PREBON (USA) INC., TULLET PREBON FINANCIAL SERVICES LLC, TULLET PREBON (EUROPE) LIMITED, COSMOREX AG, ICAP EUROPE LIMITED, ICAP SECURITIES USA LLC, NEX GROUP LIMITED, INTERCAPITAL CAPITAL MARKETS LLC, GOTTEX BROKERS SA, VELCOR SA AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Case No. 15-cv-00871 (SHS)<br><br>Hon. Sidney H. Stein |

**DECLARATION OF JEFFERSON E. BELL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

I, Jefferson E. Bell, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am a member of the bar of this Court and a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel to Defendant UBS AG ("UBS") in the above-captioned matter. I submit this declaration in support of Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss the Third Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Asset Purchase Agreement ("APA") between Fund Liquidation Holdings LLC ("FLH") and Sonterra Capital Master Fund Ltd., dated August 3, 2012, publicly filed in *FrontPoint Asian Event Driven Fund, L.P. v. Citibank, N.A.*, 19-2719 (2d Cir.) (ECF No. 126).

3. Attached hereto as Exhibit 2 is a true and correct copy of the APA between FLH and FrontPoint European Fund, L.P., FrontPoint Financial Services Fund, L.P., FrontPoint Healthcare Flagship Enhanced Fund, L.P., FrontPoint Health Flagship Fund, L.P., FrontPoint Healthcare Horizons Fund L.P., FrontPoint Financial Horizons Fund, L.P., dated July 13, 2011, publicly filed in *FrontPoint Asian Event Driven Fund, L.P. v. Citibank, N.A.*, 19-2719 (2d Cir.) (ECF No. 126).

4. ██████████████████████████████████████████████████████████████████████████████████████████████████████.

5. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.

1

2

Executed on:   January 27, 2023
                New York, New York

                                                                       *Jefferson E. Bell*

                                                                        Jefferson E. Bell