# EXHIBIT 3

































