

March 27, 2023

**VIA ECF**
The Honorable Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *Fund Liquidation Holdings LLC, et al. v. Credit Suisse Group AG, et al.*, No. 15-cv-00871-SHS (S.D.N.Y.)

Dear Judge Stein:

We write on behalf of Plaintiffs in the above-referenced action. Pursuant to the scheduling order entered by the Court on November 18, 2022 (ECF No. 398), Plaintiffs' opposition to Defendants' motion to dismiss (ECF No. 414) the Third Amended Class Action Complaint ("TAC") (ECF No. 403) is due today.

Plaintiffs' memorandum of law contains cooperation materials from JPMorgan, Deutsche Bank, and RBS that were designated as Confidential or Highly Confidential pursuant to the protective orders governing those materials. ECF Nos. 147, 405, 406. The Court previously authorized Plaintiffs to file these materials under seal with the TAC. ECF No. 407. The Court also previously granted Defendants' request to file two memoranda of law in support of their motion to dismiss under seal for the same reason. ECF No. 423.

Accordingly, Plaintiffs respectfully request that the Court allow Plaintiffs to file unredacted copies of its memorandum of law under seal, with a copy bearing limited redactions on the Court's public docket.

In accordance with Rule 5(B) of the Court's Individual Practices, Plaintiffs will today file its memorandum of law with the proposed redactions highlighted, as well as a redacted copy on the Court's public docket.

We are available to address any concerns the Court may have.

Respectfully submitted,

/s/ Vincent Briganti
Vincent Briganti

3/30/2023
So ordered.
Sidney H. Stein
U.S.D.J.

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777