# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com
Gibson, Dunn & Crutcher LLP

Jefferson E. Bell
Direct: +1 212.351.2395
Fax: +1 212.351.5295
JBell@gibsondunn.com

April 27, 2023

**MEMO ENDORSED**

VIA ECF

The Honorable Sidney H. Stein
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Fund Liquidation Holdings LLC, et al. v. Credit Suisse Group AG, et al.*, 15-cv-00871 (SHS)

Dear Judge Stein:

We are counsel for defendant UBS AG ("UBS") in the above-captioned action, and we write to seek the Court's permission to file a redacted reply brief.

On January 27, 2023, Defendants filed a consolidated motion to dismiss, Dkt. 416, on behalf of UBS and the eight broker defendants: TP ICAP plc, Tullett Prebon Americas Corp., Tullett Prebon (USA) Inc., Tullett Prebon Financial Services LLC, Tullett Prebon (Europe) Limited, Cosmorex AG, Gottex Brokers SA, and Velcor SA. The broker defendants have reached settlements in principle with Plaintiffs, Dkt. 441, and are no longer parties.

The deadline for UBS, the sole remaining defendant, to file its reply brief in further support of Defendants' motion to dismiss the Third Amended Complaint ("TAC"), Dkt. 401, is today. UBS will file a reply brief which contains material from the TAC that the Court authorized Plaintiffs to file under seal, Dkt. 407, as well as material from Defendants' motion to dismiss, Dkt. 416, and the accompanying declaration and exhibits, Dkt. 418, which the Court authorized Defendants to file under seal, Dkt. 423.

In order to protect the confidentiality of this material, UBS respectfully requests the Court's permission to file (1) an unredacted copy of its reply brief under seal and (2) a copy of its reply brief bearing limited redactions on the Court's public docket, in accordance with Rule 5(B) of the Court's Individual Rules.

The Honorable Sidney H. Stein
April 27, 2023
Page 2

We appreciate the Court's consideration of this matter.

Respectfully submitted,

/s/ *Jefferson E. Bell*

Jefferson E. Bell

cc: All Counsel of Record (via ECF)

Dated: New York, New York
April 28, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.