**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SONTERRA CAPITAL MASTER FUND
LTD., et al.,

                        Plaintiff,

        -against-                           15 **CIVIL** 0871 (SHS)

                                                  **JUDGMENT**

CREDIT SUISSE GROUP AG, et al.,

                        Defendant.

----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, UBS's motion to dismiss the Third Amended Complaint is GRANTED in full and with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        September 30, 2025

                                     **TAMMI M. HELLWIG**
                                _____
                                     **Clerk of Court**

        **BY:**                                   
                                    _____
                                     **Deputy Clerk**